**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Parking Management, Inc.** |

| | |
|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **53-0230992** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1725 DeSales Street, NW**<br>**Washington, DC 20036** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DC** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.pmi-parking.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Parking Management, Inc.**                                    Case number (*if known*) _____
_____
Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

| Debtor | **Parking Management, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   . *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Parking Management, Inc.**                                   Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  7, 2020**
_____
MM / DD / YYYY

**X /s/ Kingdon Gould, III**                      **Kingdon Gould, III**
_____        _____
Signature of authorized representative of debtor        Printed name

Title    **President, Chief Executive Officer**
_____

**18. Signature of attorney**

**X /s/ Michael J. Lichtenstein Bar No.**            Date   **May  7, 2020**
_____                _____
Signature of attorney for debtor                    MM / DD / YYYY

**Michael J. Lichtenstein Bar No. 05604**
_____
Printed name

**Shulman, Rogers, Gandal, Pordy & Ecker, P.A.**
_____
Firm name

**12505 Park Potomac Avenue, Sixth Floor**
**Potomac, MD 20854**
_____
Number, Street, City, State & ZIP Code

Contact phone   **301-230-5200**            Email address   _____

**Bar No. 05604 MD**
_____
Bar number and State

# United States Bankruptcy Court
## District of Maryland - Southern Division

In re **Parking Management, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Annunziata O. Gould<br>19845 J.W. Brown Road<br>Bend, OR 97701 | | | 2.2810127% |
| Caleb Gould<br>7800 Murray Hill road<br>Laurel, MD 20723 | | | 2.2810127% |
| Candida G. Lancaster<br>15156 Manor Road<br>Monkton, MD 21111 | | | 2.2810127% |
| Estate of Kingdon Gould, Jr.<br>201 W. Padonia Road, Suite 400<br>Lutherville Timonium, MD 21093 | | | 55.803327% |
| Frank J. Gould, II<br>P.O. Box 1430<br>Ketchum, ID 83340 | | | 2.2810127% |
| H. Thorne Gould<br>3722 Hess Road<br>Monkton, MD 21111 | | | 2.2810127% |
| Kingdon Gould, III<br>10150 Gorman Road<br>Laurel, MD 20723 | | | 2.2810127% |
| Kingdon Gould, Jr.<br>7861 Murray Hill Road<br>Laurel, MD 20723 | | | 23.677559% |
| Lydia G. Barbieri<br>1611 Bolton Street<br>Baltimore, MD 21217 | | | 2.2810127% |
| Melissa G. Lightfoot<br>12296 CR 33<br>Mancos, CO 81328 | | | 2.2810127% |
| Thalia G. Pryor<br>P.O. Box 1439<br>Telluride, CO 81435 | | | 2.2810127% |

In re:  **Parking Management, Inc.**                                    Case No. _____
_____
                         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the **President, Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May  7, 2020**                                    Signature  **/s/ Kingdon Gould, III**
_____                                        **Kingdon Gould, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland  - Southern Division

In re   **Parking Management, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  7, 2020**

**/s/ Kingdon Gould, III**

**Kingdon Gould, III/President, Chief Executive Officer**
Signer/Title

Aaron S. Galang
931 South Taylor Street
Arlington, VA 22204


Abebaw Nigussie Yehuala
7600 Maple Avenue, apt. 201
Takoma Park, MD 20912


Abebe K. Gebremariam
5016 Goodnow Road, Apt. G
Baltimore, MD 21206


Abraham Asnake Alemu
80 Loxford Terrace
Silver Spring, MD 20901


Alebachew Z. Abreham
3108 Apple Road NE
VA 22018


Alemtsehai Mekonnen
450 Newton Place, NW
Washington, DC 20010


Alemu B. Kassa
700 Edmondson Avenue
Catonsville, MD 21228

Alexis Yelverton
1700 D Street, NE
Washington, DC 20002

Alvaro R. Sejas
6509 Dorset Drive
Alexandria, VA 22310

Alvaro Salazar
2206 Phelps Road, Apt. 102
Hyattsville, MD 20783

Amdetsion A. Anamo
4023 Colchester Road, Apt. 189
Baltimore, MD 21229

Andrew Brown
54 E. Taylor Run Parkway
Alexandria, VA 22314

Anteneh Bayih
11507 White Oak Vista Terrace
Silver Spring, MD 20904

Anthony Gayles
9 Cindy Lane, At. 201
Capitol Heights, MD 20743

Antionne Lynell Green
1242 Evarts Street NE
Washington, DC 20018


Antonio M. Hermano
6731 Darwin Court
Falls Church, VA 22042


Anttwon D. Wright
7308 Foxbranch Court
Clinton, MD 20735


Asegedeth Atlaw
604 Stafford Glen Court
Stafford, VA 22554


Asnake T. Getachew
7023 Brocton Court
Springfield, VA 22150


Aster Legesse
8830 Piney Branch Road, 3605
Silver Spring, MD 20903


Atiq Rehman
12666 Vincents Way
Clarksville, MD 21029

Atsede L. Addisu
5925 Montgomery Street
Gwynn Oak, MD 21207


Ayde A. Fernandez
717 Dahlia Street, NW
Washington, DC 20011


Babiso Baramo
2062 No Anvil Lane
Temple Hills, MD 20748


Belaineh A. Gebremedhin
901 S. Walter Reed Drive
Arlington, VA 22204


Belayneh G. Jimma
1611 Park Road, NW, Apt. 505
Washington, DC 20010


Biniyam Meles
9063 Allenswood Road
Randallstown, MD 21133


Bisrat Cherinet
3113 Ellicott Road
Beltsville, MD 20705

Brian Christian McNeill
609 South Walter Reed Drive, Apt. 633C
Arlington, VA 22204


Brian Watson
5233 2nd Street, NW
Washington, DC 20011


Britny Green
6115 Halsted Avenue
Capitol Heights, MD 20743


Carl M. Gaddy
6086 Red Squirrel Place
Waldorf, MD 20603


Carlos Alexander Caballero
1520 Crest Road
Silver Spring, MD 20902


Carlos Gonzalez
3048 Ohara Place
Olney, MD 20832


Carlos M. Encarnacion
4908 Sargent Road, NE
Washington, DC 20017

Carolyn Holbrook
5710 Korrell Lane
Frederick, MD 21702


Chanyalew G. Aferesew
3500 14th Street, NW, Apt. 8
Washington, DC 20010


Charles C. Lancaster, III
700 12th Street, NE
Washington, DC 20002


Charlie D. David
7225 Kousa Lane
Springfield, VA 22152


Cheryl I. Williams
2411 Terra Firma Road
Brooklyn, MD 21225


City of Baltimore Collections Division
Attn: Misc Tax/Licensing
200 Holliday Street
Baltimore, MD 21202


Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD

Comptroller of Maryland
Revenue Administration
110 Carroll Strett
Annapolis, MD 21411-0001


Cydney Michelle Lee
6102 Meadow Avenue
Gwynn Oak, MD 21207


Dagnachew B. Kassa
4811 Manitoba Drive, Apt. T2
Alexandria, VA 22312


Daniel A. Woldemariam
1918 9th Street, NW
Washington, DC 20001


Daniel Mekonnen Amare
138 Ames Road, #138
Silver Spring, MD 20903


Danielle A. McWilliams
7117 E. Ridge Drive
Hyattsville, MD 20785


Dawit A. Kebede
1922 Brightleaf Court
Silver Spring, MD 20902

Deborah L. Jones
1133 Owen Place, NE, #3
Washington, DC 20002


Dereje Ejigu
427 South Reynolds Street
Alexandria, VA 22304


Dereje T. Tegegne
7710 Maple Avenue, Apt. 709
Takoma Park, MD 20912


Derje N. Aberha
627 S. Walter Reed Drive, #461C
Arlington, VA 22204


Deron Penn
1502 Karen Boulevard
District Heights, MD 20747


Diego R. Castro
1032 Northwoods Trail
Mc Lean, VA 22102


District of Columbia Tax and Revenue
1101 4th Street, SW, Suite W270
Washington, DC 20024

District of Columbia Tax and Revenue
1101 4th Street, SW
Suite W270
Washington, DC 20024


Donnie Ray Artis
7101 Greeley road
Hyattsville, MD 20785


Durrell Carter
3122 Winterbourne Drive
Upper Marlboro, MD 20774


Ebrahim A. Hassen
7667 Maple Avenue, Apt. 904
Takoma Park, MD 20912


Edwin M. Sunga
7018 Stone Inlet Drive
Fort Belvoir, VA 22060


Elias Martinez
11101 Childs Street
Silver Spring, MD 20901


Ellen L. Williams
10017 Cotton Farm Road
Fairfax, VA 22032

Elsabet Gizachew
1300 Army Navy Drive, Apt. 230
Arlington, VA 22202


Emebet Fekadu Zebene
4001 Whiting Court
Woodbridge, VA 22193


Emerson Bryant
4049 Ely Place, SE
Washington, DC 20019


Enatalem Z. Hailegnaw
10820 Georgia Avenue, Apt. 213
Silver Spring, MD 20902


Endale S. Berhane
12630 Veirs Mill Road, Apt. 1220
Rockville, MD 20853


Eyerusalem Dagnachew
353 Crescendo Way
Silver Spring, MD 20901


Farooq A. Wyne
130 Rollins Avenue, #406
Rockville, MD 20852

Fedlu M. Edris
100 S. Reynolds Street, Apt. 621
Alexandria, VA 22304


Fekade G. Teklu
1220 12th Street, NW, #711
Washington, DC 20005


Felino B. Flores
6319 Thomas Drive
Springfield, VA 22150


Felipe Aguiluz
13112 Haddock Road
Woodbridge, VA 22193


Fereed S. Mohammed
1315 W. Street, NW, Apt. 250
Washington, DC 20009


Ferehiwot T. Beyene
7995 Avery Park court
Alexandria, VA 22306


Francisco Moreno
1402 Jefferson Street
Hyattsville, MD 20782

Frehiwot Haile
10306 Ridge Lane Drive
Montgomery Village, MD 20886


Gary E. Jorandby
2215 Hindle Lane
Bowie, MD 20716


Gashaw D. Kassa
1470 Ogden Street, NW
Washington, DC 20010


Girma Teshome Teferi
1439 T Street, NW, Apt. 107
Washington, DC 20009


Haddas H. Berhane
8912 1st Street
Lanham, MD 20706


Hailemariam R. Bedada
2921 Craiglawn Road
Silver Spring, MD 20904


Haimanot Shimeles
7401 New Hampshire Avenue, Apt. 1117
Takoma Park, MD 20912

Helen Abebe Nigatu
806 Braeside Road
Baltimore, MD 21229


Hirut Kidane
158 Olympic Drive
Stafford, VA 22554


Internal Revenue Service
Department of the Treasury
Ogden, UT 84201-0002


Irvin Warner
1519 6th Street, NW, Apt. 6
Washington, DC 20001


James H. Blondell
3001 South Erin Erive
Oakton, VA 22124


James L. Bryant
6716 Ingraham Street
Riverdale, MD 20737


James L. McCray, Jr.
1518 Ridge Place, SE
Washington, DC 20020

Jean R. Jackson
4004 W. Franklin Street
Baltimore, MD 21229


Jeffrey Tuckson
4225 Benning Road, NE
Washington, DC 20019-4541


John Kennedy Lazatin
21756 Cypress Valley Terrace
Sterling, VA 20166


John R. Williams-Carpenter III
1505 Hunters Mill Avenue
Fort Washington, MD 20744


Jonathan B. Land
1210 Cherry Hill Road, Apt. D
Brooklyn, MD 21225


Jose Luis Hernandez
5121 Georgia Avenue, NW
Washington, DC 20011


Jose O. Hernandez
4909 Tuckerman Street
Riverdale, MD 20737

Joseph Karimu
8234 Catbird Circle, Unit 301
Lorton, VA 22079


Karen L. Smith
2819 Pinewood Avenue
Baltimore, MD 21214


Keith A. Gutrich
910 Pine Forest Lane
Upper Marlboro, MD 20774


Keith M. Ferguson
3005 Raymond Court
Fort Washington, MD 20744


Kelly A. Carvalho
2209 Link Road
Silver Spring, MD 20905


Kenaw E. Bogale
6508 Enfield Drive
Alexandria, VA 22310


Kenneth L. Moore
7303 Fox Branch Court
Clinton, MD 20735

Khalid Kemal Adem
2500 N. Vandom Street, #1107
Alexandria, VA 22302


Kifle Abocher
2901 Rotterdam Loop
Woodbridge, VA 22191


Kifle M. Worku
9 Treetop View Court
Silver Spring, MD 20904


Kingdon Gould III
10150 Gorman Road
Laurel, MD 20723


Kongit Mecha
6257 Dubin Drive
Alexandria, VA 22310


Lee Davila
323 West Edmonston Drive
Rockville, MD 20852


Lesia R. Hudson
114 Greenway VIllage Place
Glen Burnie, MD 21061

Lori Skyler Wilson
6495 Pennsylvania Avenue
District Heights, MD 20747


Lueann Bethea
3558 Threshfield Street
White Plains, MD 20695


Marcos Guerra
5710 Colorado Avenue, NW
Washington, DC 20011


Maru A. Fenta
15662 Trolley Lane
Silver Spring, MD 20906


Matthew S. Hebb
3014 Plyers Mill Road
Kensington, MD 20895


Mekedes Gossa
8347 Mindale Circle F
Windsor Mill, MD 21244


Mekonnen Asmelash Emahatsion
369 Queenstown Drive, Apt. 202
Mount Rainier, MD 20712

Melanio M. Floes
6413 Meriwether Lane
Springfield, VA 22150


Melvin L. McCoy
2011 Brooks Drive, #201
District Heights, MD 20747


Merkeb A. Nigussie
525 Thayer Avenue, Apt. 3
Silver Spring, MD 20910


Michael A. Bethea
5402 Stoney Meadow
District Heights, MD 20747


Michael D. McGregor
201 Marley Neck Road
Glen Burnie, MD 21060


Mohammad Azizul Maqsud
7419 Little River Turnpike, #203
Annandale, VA 22003


Moltotal D. Gebretsadik
1405 Somerset Place, NW, Apt. 303
Washington, DC 20011

Muhammad I. Gul Sharif
7960 Revenna Lane
Springfield, VA 22153


Naushad Ali
26 Piney Meetinghouse Court
Potomac, MD 20854


Negusu H. Ali
7209 Allentown Road
Fort Washington, MD 20744


Nelson A. Castro
1032 Northwood Trail
Mc Lean, VA 22102


Nelson Reyes
2138 Drexel Street
Hyattsville, MD 20783


Novella Sellers
836 E. Preston Street, Apt. 1
Baltimore, MD 21202


Paulos S. Haylemareyam
3921 Kansas Aveue, NW, Unit 3
Washington, DC 20011

Petros N. Hailemariam
1403 South George Mason Drive, #21
Arlington, VA 22204


Rafael F. Rosales
12208 Connecticut Avenue
Silver Spring, MD 20902


Reginald J. Hill
1306 Ring Bill Loop
Upper Marlboro, MD 20774


Reta M. Estifanos
3170 Jackies Lane
Alexandria, VA 22306


Rida Ibrahim
6349 Battlement Way
Alexandria, VA 22312


Robert V. Sunga
3324 Applegate Court
Annandale, VA 22003


Robin D. Terry
4003 Dent Street
Capitol Heights, MD 20743

Robinette Riley
8745 Contee Road, Apt. 202
Laurel, MD 20708

Roderick N. Houser
3402 55th Avenue, Apt. 202
Hyattsville, MD 20784

Roger Perez
4404 28th Place, Apt. 1
Mount Rainier, MD 20712

Rosa A. Hernandez
5121 Georgia Avenue, NW, apt. B
Washington, DC 20011

Ruben F. Huidobro
3310 N. Leisure World Blvd., Apt. 124
Silver Spring, MD 20904

Rudolph Potter
2014 Ridge Place, SE
Washington, DC 20020

Saba Legese Seifu
5001 Weminary Road, #927
Alexandria, VA 22311

Saeed Ahmed
4109 Medford Drive, Apt. 104
Annandale, VA 22003


Said H. Idris
437 Stanton Place
Alexandria, VA 22304


Salih M. Kair
4410 Oglethorpe Street
Hyattsville, MD 20781


Samuel Seyoum
8401 Manchester Road, Apt. 409
Silver Spring, MD 20901


Samuel Z. Haile
1451 Sheridan Street, NW, Apt. 306
Washington, DC 20011


Sanjeev Anand
6713 Stoneridge Court
Fort Washington, MD 20744


Sayed M. Ali
6446 Franconia Court
Springfield, VA 22150

Seife Maru
4701 Kenmore Avenue, Apt. 602
Alexandria, VA 22304


Semere Habte Aregay
8561 Wyngate Manor Court
Alexandria, VA 22309


Seniyte Teffera
6508 Enfield Drive
Alexandria, VA 22310


Shahid Bashir
6918 Arlington Blvd
Arlington, VA 22204


Shittaye Worku
7600 Maple Avenue, Apt. 1007
Takoma Park, MD 20912


Solomon T. Altaye
735 Sligo Avenue, Apt. 211
Silver Spring, MD 20910


Somsakdi Thoedkiert
3910 70th Avenue
Hyattsville, MD 20784

Stephen J. Yetso
6911 Chancery Place
Bradenton, FL 34201


Stephen R. Flowers
7506 Eagle Walk Court, Apt. C
Rosedale, MD 21237


Tadese Getahun
2016 Sand Stone Court
Silver Spring, MD 20904


Tadesse A. Bekele
5783 Ray Burn Avenue, Spt. 260
Alexandria, VA 22311


Talitha Aponte
2706 9th Street South, Apt. 303
Arlington, VA 22204


Tamrat Hailu
7466 Demile Court
Annandale, VA 22003


Tariku Shumye
200 Yoakum Parkway, Apt. 715
Alexandria, VA 22304

Tefera G. Bekele
4281 Duke Street, Apt. D9
Alexandria, VA 22304


Tegest Haile
7466 Demile Court
Annandale, VA 22003


Telelegn Eshete Fareja
5220 Strathmore Avenue
Rockville, MD 20852


Tenaye Mulugeta
3642 Expedition Drive
Triangle, VA 22172


Tesfaye G. Hailemariam
110 Duvall Lane, Apt. 303
Gaithersburg, MD 20877


Tesfaye Mekonnen
3105 Cordoba Street
Silver Spring, MD 20904


Teshome Wordofa Bedae
13027 Bellevue Street
Beltsville, MD 20705

Tewahde Asefa
1200 Blair Mill Road, #309
Silver Spring, MD 20910

Thang D. Vo
11544 Lockwod Drive, Apt. A2
Silver Spring, MD 20904

Theresa Kay Stevens
7039 Kelly Road
Warrenton, VA 20187

Tiffany Tolentino
1520 Crest Road
Silver Spring, MD 20902

Tigist W. Delnessahu
6329 Strawbridge Square
Alexandria, VA 22312

Tilahun M. Habtegebriel
609 Hollywood Avenue
Silver Spring, MD 20904

Timothy J. Krupnick
24 N. Milton Avenue
Baltimore, MD 21224

Tony Bryant
9501 Van Buren Street
Lanham, MD 20706


Tsehaye T. Gebreyesus
5902 Hamilton Avenue
Rosedale, MD 21237


Tsiegerada Girmatsion
18 Holland Hill Court
Catonsville, MD 21228


Vilmer D. Amaya
5521 Colorado Avenue, NW, #508
Washington, DC 20011


Virgilio Q. Galang
4706 West Braddock Road
Alexandria, VA 22311


Virginia Department of Taxation
P.O. Box 760
Richmond, VA 23218-0760


Walter Hernandez
4303 Vine Street
Capitol Heights, MD 20743

Workaferw M. Habtewold
5919 14th Street, NW, Apt. 206
Washington, DC 20011


Wossen W. Belayneh
7436 Georgia Avenue, NW, Apt. 105
Washington, DC 20012


Yishak A. Wassie
312 Burnt Mills Avenue
Silver Spring, MD 20901


Yonas M. Lenjiso
1312 Clifton Street, NW, Apt. 400S
Washington, DC 20009


Zekeria H. Yousuf
13919 Palmer House Way
Silver Spring, MD 20904


Zekiwos Demissie
6549 Fallwind Lane
Bethesda, MD 20817


Zenebe M. Wendmsisha
3400 Forsythia Lane
Burtonsville, MD 20866

Zohrub Zoleta
12310 Hillmeade Station Drive
Bowie, MD 20720


Zulfigar Ali
6649 Tower Drive, Apt. 10
Alexandria, VA 22306


1101 Fifteenth LLC
c/o TF Cornerstone Inc.
Attn: Accounts Receivable
387 Park Avenue South, 7th Floor
New York, NY 10016


1111 Penn Operating Company
1111 Pennsylvania Avenue, NW, Suite B111
Washington, DC 20004


1120 19th Street, L.P.
c/o Prudence LLC
LPC Commercial Services
1120 19th Street, NW, LL-21
Washington, DC 20036


1120 Vermont Ave Assoc LLP
c/o S.C. Herman Associates
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005


1125 15th Street LLC
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005

1150 18th SPE LLC
c/o Rockrose Development Corp.
15 East 26th Street, 7th Floor
New York, NY 10010


1156 Fifteenth LLC
c/o TF Cornerstone Inc.
Attn: Accounts Receivable
387 Park Avenue South, 7th Floor
New York, NY 10016


1441 L Associates LLC
1120 Vermont Avenue NW, Suite 900
Washington, DC 20005


1620 Eye LLC
c/o TF Cornerstone Inc.
Attn: Accounts Receivable
387 Park Avenue South, 7th Floor
New York, NY 10016


17 M Associates
c/o Boston Properties
SSQ01-100845
P.O. Box 3557
Boston, MA 02241-3557


17 M Associates
c/o Boston Properties
2200 Pennsylvania Avenue, NW, Suite 200W
Washington, DC 20037


1722 Eye Street Associates
c/o Axent Realty Group
7811 Montrose Road, Suite 200
Potomac, MD 20854

1919 M Street Associated L.P.
c/o JBG Smith
1919 M Street, NW, Concourse 10
Washington, DC 20036


2000 L Owner LLC
c/o Rockrose Development Corp
15 East 26th Street, 7th Floor
New York, NY 10010


2001 K, LLC
c/o NY Community Bank
102 Duffy Avenue, 1st Floor
Hicksville, NY 11801


20th & S Associates LLC
1120 Vermont Avenue, Suite 900
Washington, DC 20005


2201 Limited Parntership II
c/o Lenkin Company Management, Inc.
5101 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016


3307 M Street, LP
c/o East Banc
3307 M Street, NW, Suite 400
Washington, DC 20007


3345 M Street, LP
c/o East Banc
3307 M Street, NW, Suite 400
Washington, DC 20007

4 Imprint, Inc.
25303 Network Place
Chicago, IL 60673-1253


64 DCGST Owner LLC
c/o Lincoln Property Co.
1325 G Street, NW, Suite 110
Washington, DC 20005


64 DCGST Owner LLC
P.O. Box 392833
Pittsburgh, PA 15251-9833


A&G Ltd Partnership
1725 DeSales Street, NW, Suite 900
Washington, DC 20036


A-1 Towing & Recovery
4000 S Four Mile Run Drive
Arlington, VA 22206


A1 Elevator Inspections & Consulting
P.O. Box 284
1 Gravel Pit Road
Port Deposit, MD 21904-0284


Ace Fire Extinguisher Service , Inc.
5117 College Avenue
College Park, MD 20740

```
ADP Screening & Selection Service
P.O. Box 645177
Cincinnati, OH 45264-5177



ADP Security
P.O. Box 672279
Dallas, TX 75207-2279



ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875



AGW and Associates, Inc.
5711-A Center Lane
Falls Church, VA 22041



Airport Plaza Office Building L.P.
1725 DeSales Street, NW
Washington, DC 20036



Ajilon Professional Staffing
1, Parkway N #500s
Dept CH14031
Deerfield, IL 60015



All Purpose Clean Up
5110 Ludlow Drive
Temple Hills, MD 20748
```

Ally Bank
Attn: Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1952


Ally Bank
Attn: Payment Processing Center
P.O. Box 9001948
Louisville, KY 40290-1951


American Express
P.O. Box 1270
Newark, NJ


Arlington County, Treasurer
Businss License Tax Program
P.O. Box 1757
Merrifield, VA


Art Display Company
401 Hampton Park Blvd.
Capitol Heights, MD


Austin Mohawk and Company LLC
2175 Beechgrove Place
Utica, NY


Automation & Management Consulting LLC
2804 Billings Avenue
Helena, MT 59601

AvidXChange dba Piracle
75 Remittance Drive, Suite 6186
Chicago, IL 60661


Baltimore Magazine
P.O. Box 420235
Palm Coast, FL 32146


Banana Banner
3148 Duke Street
Alexandria, VA 22314


BFPE International Inc.
P.O. Box 791045
7512 Connelley Dr
Hanover, MD 21076


BGE
P.O. Box 13070
Philadelphia, PA 19101-3070


BizLibrary
14500 S. Outer Forty Road, Suite 500
Chesterfield, MO 63017


Boston Properties Limited Partnership
P.O. Box 3557
Boston, MA 02241-3557

Bozzelli's Italian Deli
1025 Vermont Avenue, NW
Washington, DC 20005


Bozzuto Development
Attn: Jeff Proctor
6406 Ivy Lane, Suite 700
Greenbelt, MD 20770


Bozzutto Management Company
6406 Ivy Lane, Suite 700
Greenbelt, MD 20770-1441


BrandMark, Inc.
921 E. Tolna Road, Suite 4
New Freedom, PA 17349


Brinks U.S.
P.O. Box 619031
Dallas, TX 75261-9031


Bureau of Treasury Management
Attn: Director of Finance
Municipal Building, Room 1
200 Holliday Street
Baltimore, MD 21202


Busy Service, Inc.
24221 Laytonsville Road, Unit C
Gaithersburg, MD 20882

Butts Ticket Co.
P.O. Box 70
151 Hood Road
Cochranville, PA 19330


Capital Ofice Solutions
P.O. Box 936702
Atlanta, GA 30339


Caplan Bros., Inc.
700 West Hamburg Street
Baltimore, MD 21230


Caruso Florist
1717 M Street, NW
Washington, DC 20036


Castle Sprinkler & Alarm, Inc.
5114 College Avenue
College Park, MD 20740


Cathedral Commons Partners, LLC
c/o Bozzutto Development Co.
371 Newark Street, Suite 204
Washington, DC 20016


CBRE, Inc.
5201 Leesburg Pike, Suite 101
Falls Church, VA 22041

Central Safe & Locksmith Co.
1107 7th Street, NW
Washington, DC 20001


CESC 1730 M Street LLC
P.O. Box 642773
Pittsburgh, PA 15264


Chubb Group of Insurance Companies
202B Hall's Mill Road
Whitehouse Station, NJ 08889


Cintas
P.O. Box 631025
5570 Ridge Ave
Cincinnati, OH 45213


City Center Parking
c/o Craig Marshall
1725 DeSales Street, NW
Washington, DC 20036


City of Alexandria
Attn: Finance Dept, Revenue Admin
P.O. Box 34850
301 King Street
Alexandria, VA 22314


City of Baltimore
Bureau of Revenue Collections
P.O. Box 17535
Baltimore, MD 21297-1535

City of Baltimore
c/o Director of Finance
P.O. Box 17535
Baltimore, MD 21297-1535


City of College Park
P.O. Box 17473
8400 Baltimore Ave #375
College Park, MD 20740


Clinton Electric Co Inc.
1524 York Road
Lutherville Timonium, MD 21093


Columbia Plaza Limited Partnership
2440 Virginia Avenue, NW
Washington, DC 20037


Comcast
P.O. Box 70219
Philadelphia, PA 19176


Concord Crystal City
6406 Ivy Lane, Suite 700
Greenbelt, MD 20770


Connecticut/DeSales, LLC
c/o Lenkin Company Management Inc.
5101 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016

Constellation NewEnergy, Inc.
P.O. Box 4640
Carol Stream, IL 60197-4640


Consumer Reports
Attn: Subscription Dept.
P.O. Box 2073
Harlan, IA 51537


Coresite
P.O. Box 74338
Cleveland, OH 44194


Corporate Cleaning Solutions
P.O. Box 966
Sophia, NC 27350


Corporate Maintenance Group
5850 Waterloo Road, Suite 140
Columbia, MD 21046


County of Fairfax
Department of Tax Administration
P.O. Box 10203
Fairfax, VA 22035-0203


Creative Financial Staffing
P.O. Box 95111
225 W Wacker Dr #26006
Chicago, IL 60606

```
Crown Cleaning Co.
17140 Four Seasons Drive
Dumfries, VA 22026



Crown Security System, Inc.
1930 Isaac Newton Square, Suite 100
Reston, VA 20190



Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579



CSC Leasing Company
6806 Paragon Place, Suite 170
Richmond, VA 23230



Culligan of Annapolis
441 Defense Highway
Attn: Billing Dept.
Annapolis, MD 21401



DC Office of Administrative Hearings
One Judiciary Square
441 Fourth Street, NW, Suite 450N
Washington, DC 20001



DC Water and Sewer Authority
Attn: Customer Service Dept.
P.O. Box 97200
Washington, DC 20090-7200
```

Dell Business Credit
Attn: Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275


Dell Financial Services
Attn: Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Delsi D. Gonzalez
6300 23rd Avenue
Hyattsville, MD 20782


DigiPrint Connection
2426 Linden Lane, #1R
Silver Spring, MD 20910


DMV Parking, LLC
366 Thompson Creek Mall
Box 714
Stevensville, MD 21666


DrinkMore Delivery, Inc.
7595-A Rickenbacker Drive
Gaithersburg, MD 20879


Eagle Mat & Floor Products
7917 Cessna Avenue, Unit G
Gaithersburg, MD 20879

Economic Research Institute
P.O. Box 3524
8575 164th Ave North East Suite 100
Redmond, WA 98052


EfficiencyNext LLC
P.O. Box 3181
Kitty Hawk, NC 27949-3181


EggSpectation
923 Ellsworth Drive
Silver Spring, MD 20910


Elan Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408


Elevator Control Service
t/a Elcon Enterprises, Inc.
8231 Penn Randall Place
Upper Marlboro, MD 20772


Eleven Hundred Ct Av Assoc LP
1100 Connecticut Avenue, NW, Suite 720
Washington, DC 20036


EMS Services
Painting and Parking Maintenance
4425 Weejun Loop
Woodbridge, VA 22192

```
EPIC 919 LLC
c/o Crown Properties, Inc.
15 Watts Street, 5th Floor
New York, NY 10013



Event 1 Software
3305 Main Street, Suite 019
Vancouver, WA 98663



Event Digital Photography, Inc.
6817 Carlynn Court
Bethesda, MD 20817



FEDEX
P.O. Box 371461
Pittsburgh, PA 15250-7461



FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251-2125



Fenton's Uniform Fashions Inc.
921 Silver Spring Avenue
Silver Spring, MD 20910



Fidelity Power Systems
25 Loveton Crcle
Sparks Glencoe, MD 21152
```

First Choice Coffee
8382-D Terminal Road
Lorton, VA 22079


First Class Plumbing, LLC
17032 Silver Charm Place
Hanover, MD 21076


First Person
9000 Keystone Crossing, Suite 910
Indianapolis, IN 46240


Foreign Allfairs Recreation Association
320 21st Street, NW, Room B640
Washington, DC 20520


Fourth Gould Ltd Partnership
1725 DeSales Street, NW, #900
Washington, DC 20036


Freedom Lighting,  Inc.
P.O. Box 1354
7 Reldas Ct # B
Cockeysville, MD 21030


G Street Food
1030 15th Street, NW
Washington, DC 20005

Gaedeke Group, LLC
1310 G Street, NW
Washington, DC 20005


Geneva Associates Owner, LLC
1611 N. Kent Street, G2 Level
Bethesda, MD 20814


Glass Contractors of Hyattsville
5205 46th Avenue
P.O. Box 327
Riverdale, MD 20737


Gould/Jefferson Davis Highway
1725 DeSales Street, NW, Suite 900
Washington, DC 20036


Grady Management, Inc.
8630 Fenton Street, Suite 625
Silver Spring, MD 20910


Grainger
Dept. 811284645
Palatine, IL 60038


Granite Telecommunications
P.O. Box 983119
Boston, MA 02298-3119

Greatland Corporation
P.O. Box 1157
Grand Rapids, MI 49544


Griffith Energy Services, Inc.
2510 Schuster Drive
Hyattsville, MD 20781


Grimco, Inc.
1585 Fencorp Court
Fenton, MO 63026


Guardian
P.O. Box 677458
FBO Group ID 00 499998
Dallas, TX 75267-7458


Halo Branded Solutions
3182 Momentum Place
Chicago, IL 60601


Harbor East Garage, LLC
650 S. Exeter Street, Suite 200
Baltimore, MD 21202


Harbor East Parcel H
c/o Harbor East Management Group LLC
650 South Exeter Street, Suite 200
Baltimore, MD 21202

Hariton, Mancuso & Jones
11140 Rockville Pike, Suite 340
Rockville, MD 20852


Hariton, Mancuso & Jones, P.C.
11140 Rockville Pike, Suite 340
Rockville, MD 20852


Hoffman Family, LLC
c/o Hoffman Company
2034 Eisenhower Avenue, Suite 290
Alexandria, VA 22314


Hub Parking Technology USA Inc.
761 Commonwealth Drive, Suite 204
Warrendale, PA 15086


Image 360
10 Holiday Street
Baltimore, MD 21202


IMG Technologies Inc.
P.O. Box 206734
Dallas, TX


J&R Supply
4824 Crain Highway
White Plains, MD 20695

Jaguar Properties, LLC
P.O. Box 2422
Addison, TX 75001-2422


JBG Plumbing Services, Inc.
8260 Patuxent Range Road, Suite H
Jessup, MD 20794


JBG Smith DeSales St Assoc LP
Attn: Patrick Tyrrell, CAO
4747 Bethesda Avenue, Suite 200
Bethesda, MD 20814


JBG Smith Properties
Attn: Patrick Tyrrell, CAO
4747 Bethesda Avenue, Suite 200
Bethesda, MD 20814


Johnson Control Security Solutions
P.O. Box 371967
500 Business Center Drive
Pittsburgh, PA 15205


Johnson Controls Fire Protection
Dept. Ch 10320
NEED STREET ADDRESS
Palatine, IL 60055-0320


Kaiser Permanente
Attn: Employer Services Department
P.O. Box 64345
Baltimore, MD 21264-4345

Karma Healthy Food
611 Eye Street, NW
Washington, DC 20001


KMSI Inc.
c/o JBG Smith (Attn: B. Fragola)
4747 Bethesda Avenue, Suite 200
Bethesda, MD 20814


Label Rite, Inc.
1050 Bethlehem Pike, Suite 5
North Wales, PA 19454


Leidos
c/o Diane Turner
4124 Virginia Street
Fairfax, VA 22032


Lift Solutions Consulting
P.O. Box 47307
17 Bishops Gate Ct
Windsor Mill, MD 21244


Lincoln Financial Group
P.O. Box 0821
Carol Stream, IL 60132-0821


Livestock LLC
1725 DeSales Street, NW, Suite 900
Washington, DC 20036

```
LocalJobNetwork.com
23811 Network Place
Chicago, IL 60673



Long Fence
8545 Edgeworth Drive
Capitol Heights, MD 20743



MailFinance
A Neopost USA Company
P.O. Box 123682, Dept. 3682
Dallas, TX 75312-3682



Mainline Drug Testing Services, LLC
P.O. Box 98143
350 Towne Square Way
Pittsburgh, PA 15227



MAPA: Mid Atlantic Parking Association
P.O. Box 2512
Columbia, MD 21045



MAPS 1801 K Street LLC
c/o Jones Lang LaSalle
1820 L Street, NW, Suite M108
Washington, DC 20037



Marriott Business Services
P.O. Box 403717
Atlanta, GA 30303-3717
```

Maryland Dept of General Services
Division of Fiscal Services
300 West Preston Street, Room 1309
Baltimore, MD 21201


Maryland SDAT
301 West Preston Street
Baltimore, MD 21201


Mass Court Apartments
300 Massachusetts avenue, NW
Washington, DC 20001


MCI Communications Services Inc.
P.O. Box 15043
Albany, NY 12212-5043


MDI
P.O. Bx 576
Farmington, MI 48331-0576


Medical Faculty Assoc., Inc.
3811 N. Fairfax Drive, Suite1000
Arlington, VA 22203


Mept Anthology LLC
c/o New Tower Trust Company
625 H Street, NE
Washington, DC 20002

Mercedes-Benz Financial Services
Daimler Truck Financial
P.O. Box 5260
Carol Stream, IL 60197-5260


Metro K LLC
c/o Colliers International
P.O. Box 4857
Portland, OR 97208


Metro Motor Towing
4812-B MacArthur Blvd NW
Washington, DC 20007


Miller's Supplies At Work
P.O. Box 1537
Newington, VA 22122


Monarch Paint & Wallpapering
2238-B Bay Ridge Avenue
Annapolis, MD 21403


Mood Media
Lockbox 71070
1805 Center Park Drive
Charlotte, NC 28272-1070


MSE Production
1818 Library Street, Suite 500
Reston, VA 20190

National Capital Industries
3420 Kenilworth Avenue
P.O. Box 287
Hyattsville, MD 20781


National Elevator Inspection Services
P.O. Box 503067
11973 Westline Industrial Dr
Saint Louis, MO 63146


National Parking Association
1112 16th Street, NW, Suite 840
Washington, DC 20036


New Horizons Computer Learning Ctr
P.O. Box 7420
2010 Corporate Ridge Suite 200
Mc Lean, VA 22102


Northern Electrical, LLC
1545 Beahm Lane
Rixeyville, VA 22737


Occupational Health Ctrs of SW, PA
P.O. Box 18277
Baltimore, MD 21224-8277


Optiv Security Inc.
P.O. Box 28216
Network Place
Chicago, IL 60673-1282

Orkin, Inc.
P.O. Box 740847
Cincinnati, OH 45274-0847


Otis Elevator
P.O. Box 13716
Newark, NJ 07188-0716


Overhead Door
3501 Century Avenue
Halethorpe, MD 21227


P&R Printing
24948 Green Fern Drive
Georgetown, DE 19947


Paris Associates LP
4747 Bethesda Avenue, Suite 200
Bethesda, MD 20814


Parkeon
40 Twosome Drive, Unit 7
Moorestown, NJ 08057


Parkonect, LLC
1533 Barclay Blvd
Buffalo Grove, IL 60089

Paul S. Gilbride Ins Agcy Inc
5904 Richmond Highway, Suite 406
Alexandria, VA 22304


Penn Bldg Assoc. LP
c/o Willco
7811 Montrose Road, Suite 200
Potomac, MD 20854


Pennsylvania Building Assoc
c/o Willco
7811 Montrose Road, Suite 200
Potomac, MD 20854


PEPCO
701 Ninth Street, NW
Washington, DC 20068


Plaza East/SWIB
c/o Wade Company LLC
1800 N. Kent Street, Suite 100
Arlington, VA 22209


Presidential Building LLC
c/o Jones Lang LaSalle
1111 Pennsylvania Avenue, NW
Suite B1111
Washington, DC 20006


Presidents Street Garage Assoc
P.O. Box 6174
Hermitage, PA 16148-6174

Pro-Air Inc.
1319 F Street, NW, Suite 400
Washington, DC 20004


Protection 1/ADT
P.O. Box 219044
Kansas City, MO 64121-9044


Provident Life & Accident Ins Co.
P.O. Box 740592
6 Concourse Pkwy #2700
Atlanta, GA 30328


Prudence, LLC
P.O. Box 79430
Baltimore, MD 21279-0430


Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813


Quadient Leasing USA, Inc.
P.O. Box 123682
Dallas, TX 75312-3682


R3 LLC
333 Main Street, Suite 201
Gaithersburg, MD 20878

Rapid Scale
P.O. Box 840477
Dallas, TX 75284-0477


Rasevic Landscape Company
5200 River Road, Building 6
Bethesda, MD 20816


Rikon Communications, LLC
5517 Wicomico Drive
New Market, MD 21774


Robert's Key Service Inc.
215 West Read Street
Baltimore, MD 21201


RPT 1425 Holdings LLC
750 17th Street, NW, Suite 1100
Washington, DC 20006


S.C. Herman & Associates Inc.
Attn: Maya Hopkins
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005


Sage Software Inc.
14855 Collections Center Drive
Chicago, IL 60693

Same Day Xpress, Inc.
P.O. Box 211
3610 B and O Rd
Abingdon, MD 21009


Saval Foodservice
P.O. Box 8630
6740 Dorsey Road
Elkridge, MD 21075


Scheidt & Bachmann USA, Inc.
1001 Pawtucket Blvd
Lowell, MA 01854


SemaConnect
4961 Telsa Drive, Suite A
Bowie, MD 20715


Servicemaster of Greater Washington
7941-L2 Angus Court
Springfield, VA 22153


Servimer LLC
4801 Briggs Road
Fairfax, VA 22030


Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

Shark Byte Systes Inc.
125 Maiden Lane, Suite 201
New York, NY 10038


Sheehy Ford
5000 Auth Road & Branch Avenue
Suitland, MD 20746


Shepherd Electric Supply Washington DC
P.O. Box 90974
Washington, DC 20090-0974


Shred-It USA
28883 Network Place
Chicago, IL 60673


Sign Central
8272 Saundersville Road
Mount Juliet, TN 37122


Signanddecal.com
4270 John Marr Drive, Unit 1361
Annandale, VA 22003


Skidata Inc.
P.O. Box 21145
New York, NY 10087-1145

Smokey Glen Farm Barbequers
16407 Riffleford Road
Gaithersburg, MD 20878


Southland Printing Co.
213 Airport Drive
P.O. Box 7263
Shreveport, LA 71137-7263


Spot-A-Pot, Inc.
P.O. Box 190
Joppa, MD 21085


SPUS8 Warner, LP
c/o CBRE Inc.
1299 Pennsylvania Avenue, NW
Washington, DC 20004


Square 374 LLC
c/o Gould Property Co.
1725 DeSales Street, NW, Suite 900
Washington, DC 20036


Square 407 LP
c/o Boston Properties
Agent for Market Square North
P.O. Box 415111
Boston, MA 02241-5511


Square 452 LLC
c/o Gould Property Company
P.O. Box 75887
Baltimore, MD 21275-5887

State Corporation Commission
P.O. Box 1197
Attn: Clerk's Office
Richmond, VA 23219


State of Maryland DLLR
1100 North Eutaw Street, Room 605
Baltimore, MD 21201


Stericycle Communications Solutions
26604 Network Place
Southern Database
Chicago, IL 60673-1264


Sterling Talent Solutions
P.O. Box 36482
Newark, NJ 07193-6482


T2B Solutions, LLC
1214 North B Street
Indianola, IA 50125-1102


Tech Painting Co.
5150 Eisenhower Avenue
Alexandria, VA 22301


Thames Street Garage, LLC
c/o Harbor East Mgmt Group
650 South Exeter Street, Suite 200
Baltimore, MD 21202

The Sherwin Williams Co.
2511 14th Street, NW
Washington, DC 20009


The Toledo Ticket Company
P.O. Box 6876
3963 Catawba St
Toledo, OH 43610


The Wall Street Journal
P.O. Box 7030
Chicopee, MA 01020


The Westin Hotel
2350 M Street, NW
Washington, DC 20037


Third Gould LLC
P.O. Box 8571
Carol Stream, IL 60197-8571


Ticketech International
27-04 41st Avenue
Long Island City, NY 11101


Town Center Garage LLC
c/o Hoffman Company
203 Eisenhower Avenue, Suite 290
Alexandria, VA 22314

```
Towne Park LLC
P.O. Box 79349
Baltimore, MD 21279-0349




Travelers Casualty and Surety Company
One Tower Square
Hartford, CT 06183




Travelers Indemnity Company of America
One Tower Square
Hartford, CT 06183




Travelers Insurance
One Tower Square 0000-03MSA
Third Party Deductable Unit
Hartford, CT 06183




TREA 1401 H, LLC
c/o Bank of America, N.A.
P.O. Box 100616
Atlanta, GA 30381-0616




UG-2
P.O. Box 5972
116 Huntington Ave
Boston, MA 02116




Umar Youth Boxing, Inc.
Attn: Dave Schorr
6406 Ivy Lane, Suite 700
Greenbelt, MD 20770
```

Union Investment Real Estate
GMBH c/o Cassidy Turley
600 13th Street, NW, #C102
Washington, DC 20005-3060


Union Station Venture
c/o Jones Lang LaSalle
P.O. Box 414992
Boston, MA 02241-4992


United Site Services
P.O. Box 5502
Binghamton, NY 13902-5502


UNIZO Real Estate DC Four LLC
c/o Jones Lang LaSalle
1100 First Street, NE
Washington, DC 20002


UNIZO Real Estate DC Nine LLC
c/o Cushman & Wakefield US Inc.
721 Emerson Road, Suite 30
Saint Louis, MO 63141


UNIZO Real Estate DC Seven LLC
c/o Lincoln Property Company
1325 G Street, NW
Washington, DC 20001


UPS
P.O. Box 809488
Chicago, IL 60680-9488

Upward Enterprises Inc.
10230 Harmony Road
Myersville, MD 21773


US Pack Logistics LLC
P.O. Box 123545
Dallas, TX 75380-3545


Verizon (DC)
P.O. Box 15124
Albany, NY 12212-5124


Verizon (MD)
P.O. Box 15124
Albany, NY 12212-5124


Verizon (VA)
P.O. Box 15124
Albany, NY 12212-5124


Verizon Business Services
P.O. Box 15043
Albany, NY 12212-5043


Verizon Cabs
P.O. Box 4832
Trenton, NJ 08650-4832

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Virginia Continuing Legal Education
Attn: Registrations
P.O. Box 4468
105 Whitewood Rd
Charlottesville, VA 22901


Virginia State Bar
Attn: Treasurer
P.O. Box 34931
Alexandria, VA 22314-4931


Vonage Business
75 Remittance Drive
Dept 1376
Chicago, IL 60675


VSC Fire & Security
10343-B Kings Acres Road
Ashland, VA 23005


W.B. Mason Co., Inc.
P.O. Box 111
Brockton, MA 02303-0111


W.W. Grainger, Inc.
Attn: Tammy Moore, B3.V26
100 Grainger Parkway
Chicago, IL 60645

Warner Investments LP
P.O. Box 643918
Pittsburgh, PA 15222


Washington Business Journal
Attn: Subscriptions
P.O. Box 36919
Charlotte, NC 28269-6919


Washington Parking Association
c/o Atlantic Services Group
4200 Wisconsin Avenue, NW, Suite 550
Washington, DC 20016


Washington Post
P.O. Box 13669
Philadelphia, PA 19101


Washingtonian
P.O. Box 5531
Harlan, IA 51593-5531


Waste Management of Maryland
P.O. Box 13648
Philadelphia, PA 19101-3648


WBI Associates LP
c/o The Westover Companies
550 American Ave, Suite 1
King of Prussia, PA 19406

Welbourne Electrical Services
Attn: Jeff Welbourne
5951 Arbor Street
Hyattsville, MD 20785


Wex Bank
P.O. Box 5727
Carol Stream, IL 60197-5727


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197-4337


Wilfredo M. Maldonado
12733 Piedmont Trail Road
Clarksburg, MD 20871


William Spencer
114 Autumn Lake Way
Fort Washington, MD 20744


Windcave Inc.
P.O. Box 45498
Los Angeles, CA 90045


Wittenbach Business Sytems
100 Sparks Valley Road, Suite B
Sparks Glencoe, MD 21152

```
WSSC
14501 Sweitzer Lane
Laurel, MD 20707-5901




Xanadu Botanicals & Design LLC
8082 Leishear Road
Laurel, MD 20723




Xerox Fniancial Services
P.O. Box 202882
Dallas, TX 75320-2882




1101 Fifteenth L.L.C.
c/o TF Cornerstone Inc.
Attn: Accounts Receivable
387 Park Avenue South, 7th Floor
New York, NY 10016




1120 19th Street Limited Partnership
c/o Prudence LLC
c/o LPC Commercial Services
1120 19th Street, NW, #LL-21
Washington, DC 20036




1120 Vermont Ave. Assoc. LLP
c/o S.C. Herman Associates
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005




1125 15th Street LLC
c/o S.C. Herman Associates
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005
```

```
1156 Fifteenth L.L.C.
c/o TF Cornerstone Inc.
Attn: Accounts Receivable
387 Park Avenue South, 7th Floor
New York, NY 10016



1441 L Associates LLC
c/o S.C. Herman Associates
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005



1620 Eye L.L.C.
c/o TF Cornerstone Inc.
Attn: Director of Commercial Leasing
387 Park Avenue South, 7th Floor
New York, NY 10016



17 M Assocociates
c/o Boston Properties
2200 Pennsylvania Avenue, NW, Suite 200W
Washington, DC 20037



2000 L LLC
NEED ADDRESS



2001 K LLC
c/o NY Comm Bk Attn: Premier Banking
102 Duffy Avenue, 1st Floor
Hicksville, NY 11801



20th & S Associates
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005
```

2201 Limited Partnership II
c/o Lenkin Co Mgmt Inc.
4992-A St. Elmo Avenue
Bethesda, MD 20814


2300 M St. Partners
2300 M Street, NW
Washington, DC


Bozzutto Management Company
Attn: Gennadiy Golub
6406 Ivy Lane, Suite 700
Greenbelt, MD 20770-1441


CESC 1730 M Street LLC
P.O. Box 642773
Pittsburgh, PA 15264-2773


City Center Parking
1725 DeSales Street, NW
Washington, DC 20036


Columbia Plaza Limited Partnership
Attn: Tom Roberson
2440 Virginia Avenue, NW
Washington, DC 20037


Connecticut/DeSales, LLC
c/o Lenkin Company Management, Inc.
4922-A St. Elmo Avenue
Bethesda, MD 20814

CT Holding Co. LLC
c/o Calvert Tract LLC
Attn: James Speyer
1828 L Street, NW, Suite 703
Washington, DC 20036


DeSales Associates
1725 DeSales Street, NW
Washington, DC


EPIC 919 LLC
c/o Crown Properties, LLC
Attn: Matthew G. Lefkowitz
15 Watts Street, 5th Floor
New York, NY 10013


Foreign Affairs Recreation Association
320 21st Street, NW, Room B640
Washington, DC 20520


Gaedeke Group, LLC
1310 G Street, NW, #250
Washington, DC 20005


Geneva Associates LP
1777 North Kent Street


Geneva Associates Owner, LLC
1611 N. Kent Street, G2 Level
Arlington, VA 22209

```
Gould Property
1000 North Charles Street


Gould Property
910 North Charles Street


Gould Property
810 North Charles Street


Gould/Jefferson Davis Highway
1725 DeSales Street, NW
Washington, DC 20036


Inner Harbor East Garage, LLC
c/o Harbor East Management Company
650 South Exeter Street, Suite 200
Baltimore, MD 21202


JBG Smith Properties
Attn: Morgan Johnson-Massey
300 M Street, S.E.
Washington, DC 20003


Livestock, LLC
1725 DeSales Street, NW
Washington, DC 20036
```

MAPS 1801 K Street LLC
c/o Jones Lang LaSalle Americas Inc.
P.O. Box 419062
Boston, MA 02241-9062


Maryland Dept. of General Services
Division of Fiscal Services
301 W. Preston Street, Room 1309
Baltimore, MD 21201


Mass Court Apartments
Attn: Amanda Pyne
300 Massachusetts avenue, NW
Washington, DC 20001


Mept Anthology LLC
c/o New Tower Trust Company
Attn: Krystle Pressley
625 H Street, NE
Washington, DC 20002


Merritt Canton BP LLC
Attn: Rob Merritt
2066 Lord Baltimore Drive
Windsor Mill, MD 21244


Metropolitan Club
Attn: Michael Redmond/Tony Testo
1700 H Street, NW
Washington, DC 20006


Monument Realty
Attn: Devin Keenan
750 17th Street, NW, Suite 1100
Washington, DC 20006

Paris Associates LP
Attn: Civita Peters
1611 N. Kent Street, G2 Level
Arlington, VA 22209


Pennsylvania Building Associates LP
c/o Willco
Attn: Ms. Anomi Kodithuwakku
7811 Montrose Road, Suite 200
Potomac, MD 20854


President Street Associates, LLC
c/o Gould Property Co.
1725 DeSales Street, NW
Washington, DC 20036


Prudence LLC
co LPC Commercial Services
1120 19th Street, NW, #LL-21
Washington, DC 20036


RPT 1425 Holdings LLC
1425 New York Avenue, NW
Washington, DC


Sodexo
700 19th Street, NW
Washington, DC 20431


South Capital LLC
25 M Street, SW
Washington, DC

```
Square 374 LLC
c/o Gould Property Company
1725 DeSales Street, NW
Washington, DC 20036




Square 407 LP
c/o Boston Properties
Agent for Market Square North
P.O. Box 415111
Boston, MA 02241-5111




Square 452 LLC
1725 DeSales Street, NW
Washington, DC 20036




Thames Street Garage, LLC
c/o Harbor East Management Group
650 South Exeter Street, Suite 200
Baltimore, MD 21202




Third Gould LLC
1725 DeSales Street, NW
Washington, DC 20036




Thomas Street Garage LLC
c/o Harbor East Mgmt Group
650 South Exeter Street, Suite 200
Baltimore, MD 21202




Union Investment Real Estate GMBH
c/o Cassidy Turley
600 13th Street, NW, Suite C102
Washington, DC 20005
```

Union Station Associates, LP
131 M Street, NE
Washington, DC

UNIZO Real Estate DC Nine LLC
c/o Cushman & Wakefield US Inc.
721 Emerson Road, Suite 300
Saint Louis, MO 63141

UNIZO Real Estate DC Seven LLC
1325 G Street, NW
Washington, DC 20005

W.W. Grainger, Inc.
100 Grainger Parkway
Attn: Tammy Moore
Lake Forest, IL 60045-5201

Wilson Plaza East LLC
c/o Dana A. Clayton @ Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131

Annunziata O. Gould
19845 J.W. Brown Road
Bend, OR 97701

Caleb Gould
7800 Murray Hill road
Laurel, MD 20723

```
Candida G. Lancaster
15156 Manor Road
Monkton, MD 21111



Estate of Kingdon Gould, Jr.
201 W. Padonia Road, Suite 400
Lutherville Timonium, MD 21093



Frank J. Gould, II
P.O. Box 1430
Ketchum, ID 83340



H. Thorne Gould
3722 Hess Road
Monkton, MD 21111



Kingdon Gould, III
10150 Gorman Road
Laurel, MD 20723



Kingdon Gould, Jr.
7861 Murray Hill Road
Laurel, MD 20723



Lydia G. Barbieri
1611 Bolton Street
Baltimore, MD 21217
```

Melissa G. Lightfoot
12296 CR 33
Mancos, CO 81328


Thalia G. Pryor
P.O. Box 1439
Telluride, CO 81435


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


JBG Smith DeSales St Assoc LP
P.O. Box 75409
Baltimore, MD 21275-5409


JBG SMith Properties
P.O. Box 642773
Pittsburgh, PA 15264-2773


JBG Smith Properties
300 M Street, SE
Washington, DC 20003


Presidents Street Garage Associ
P.O. Box 6174
Hermitage, PA 16148-0922

Securities and Exchange Commission
Branch of Reorganization
3475 Lenox Road, NE, Suite 1000
Atlanta, GA 30326-1232


U.S. Attorney, District of Marylaand
36 S. Charles Street, 4th Floor
Baltimore, MD 21201-3020