**Fill in this information to identify the case:**

Debtor name: Parking Management, Inc.

United States Bankruptcy Court for the: District of Maryland (State)

Case number (If known): 20-15026-TJC

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | JBG Smith<br>Attn: Patrick Tyrrell, CAO<br>4747 Bethesda Ave, Suite 200<br>Bethesda, MD 20814 | | trade debt | | | | $1,737,605 |
| 2 | Inner Harbor East Parcel H<br>c/o Harbor East Management Group<br>650 South Exeter Street, Suite 200<br>Baltimore, MD 21202 | | trade debt | | | | $343,228 |
| 3 | Thames Street Garage, LLC<br>c/o Harbor East Management Group<br>650 South Exeter Street, Suite 200<br>Baltimore, MD 21202 | | trade debt | | | | $270,832 |
| 4 | Square 452, LLC<br>c/o Gould Property Company<br>P.O. Box 75887<br>Baltimore, MD 21275-5887 | | trade debt | | | | $270,000 |
| 5 | 64 DCGST Owner LLC<br>P.O. Box 392833<br>Pittsburgh, PA 15251-9833 | | trade debt | | | | $222,920 |
| 6 | CBRE, Inc.<br>5201 Leesburg Pike, Suite 101<br>Falls Church, VA 22041 | | trade debt | | | | $177,714 |
| 7 | Square 407 LP<br>c/o Boston Properties, Agent for Market Square North<br>P.O. Box 415111<br>Boston, MA 02241-5111 | | trade debt | | | | $139,118 |
| 8 | UNIZO Real Estate DC Nine LLC<br>c/o Cushman & Wakefield US Inc.<br>721 Emerson Street, Suite 300<br>St. Louis, MO 63141 | | trade debt | | | | $118,000 |

Debtor  Parking Management, Inc.  
Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Columbia Plaza LP  2440 Virginia Avenue, NW  Washington, DC 20037 | | trade debt | | | | $113,474 |
| 10 | RPT 1425 Holdings LLC  750 17th Street, NW  Suite 1100  Washington, DC 20006 | | trade debt | | | | $107,942 |
| 11 | JBG Smith  c/o Patrick Tyrrell, CAO  4747 Bethesda Ave, Suite 200  Bethesda, MD 20814 | | trade debt | | | | $103,132 |
| 12 | Pennsylvania Building Associates LP  c/o Willco  7811 Montrose Road, Suite 200  Potomac, MD 20854 | | trade debt | | | | $100,000 |
| 13 | JBG Smith  c/o Patrick Tyrrell, CAO  4747 Bethesda Ave, Suite 200  Bethesda, MD 20814 | | trade debt | | | | $99,260 |
| 14 | President Street Garage Assoc.  P.O. Box 6174  Hermitage, PA 16148-6174 | | trade debt | | | | $91,666 |
| 15 | Towne Park LLC  P.O. Box 79349  Baltimore, MD 21279-0349 | | trade debt | | | | $91,550 |
| 16 | Square 374 LLC  c/o Gould Property Company  1725 DeSales Street, NW, Suite 900  Washington, DC 20036 | | trade debt | | | | $90,000 |
| 17 | 2001 K, LLC  c/o NY Community Bank  102 Duffy Avenue, 1st Floor  Hicksville, NY 11801 | | trade debt | | | | $84,524 |
| 18 | Town Center Garage, LLC  c/o Hoffman Company  203 Eisenhower Avenue, Suite 290  Alexandria, VA 22314 | | trade debt | | | | $84,013 |
| 19 | Geneva Associates Owner, LLC  1611 N. Kent Street, G2 Level  Bethesda, MD 20814 | | trade debt | | | | $65,821 |
| 20 | Paris Associates LP  4747 Bethesda Avenue  Suite 200  Bethesda, MD 20814 | | trade debt | | | | $47,717 |