**Fill in this information to identify the case:**

Debtor name __**Parking Management, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND  - SOUTHERN DIVISION__

Case number (if known) __**20-15026**__

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 20, 2020**__          X **/s/ Kingdon Gould, III**
                                               Signature of individual signing on behalf of debtor

                                               **Kingdon Gould, III**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Parking Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)    **20-15026**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $      **4,996,079.37**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $      **4,996,079.37**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **209,078.12**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$      **5,960,421.89**

4.   Total liabilities ................................................................................................
    Lines 2 + 3a + 3b      $      **6,169,500.01**

**Fill in this information to identify the case:**

Debtor name    **Parking Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)    **20-15026**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SunTrust Bank k/n/a Truist** | **PMI Main** | **1895** | **$2,617,715.00** |
| 3.2. | **SunTrust Bank k/n/a Truist** | **EFT** | **1960** | **$0.00** |
| 3.3. | **SunTrust Bank k/n/a Truist** | **Credit Card Daily Account** | **1911** | **$0.00** |
| 3.4. | **SunTrust Bank k/n/a Truist** | **Credit Card** | **1903** | **$0.00** |
| 3.5. | **SunTrust Bank k/n/a Truist** | **Payroll** | **1978** | **$0.00** |
| 3.6. | **SunTrust Bank k/n/a Truist** | **Internet** | **1929** | **$0.00** |
| 3.7. | **SunTrust Bank k/n/a Truist** | **Crystal City** | **2497** | **$4,185.04** |

Debtor    **Parking Management, Inc.**                          Case number *(If known)* **20-15026**
          Name

| | | | |
|---|---|---|---|
| 3.8. | SunTrust Bank k/n/a Truist | Claims | 1986 | $0.00 |
| 3.9. | SunTrust Bank k/n/a Truist | Fitzgerald Management Inc. | 1952 | $0.00 |
| 3.10. | SunTrust Bank k/n/a Truist | University of Baltimore Credit Card | 1945 | $0.00 |
| 3.11. | SunTrust Bank k/n/a Truist | University of Balitmore | 1937 | $0.00 |
| 3.12. | SunTrust Bank k/n/a Truist | Hoffman Town Center - Garage | 7655 | $910.38 |
| 3.13. | SunTrust Bank k/n/a Truist | Hoffman Town Center - Metro Lot | 7648 | $448.12 |
| 3.14. | Wells Fargo Bank | PMI - Main | 4516 | $2,372,220.83 |
| 3.15. | Wells Fargo bank | EFT | 3694 | $0.00 |
| 3.16. | Wells Fargo Bank | Credit Card Daily Account | 7381 | $0.00 |
| 3.17. | Wells Fargo Bank | Payrll | 5207 | $0.00 |
| 3.18. | Wells Fargo Bank | Internet | 0240 | $0.00 |
| 3.19. | Wells Fargo Bank | PMI - Crystal City | 7361 | $500.00 |
| 3.20. | Wells Fargo Bank | Claims | 9232 | $0.00 |
| 3.21. | Wells Fargo Bank | Credit Card Account | 4288 | $0.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | **Parking Management, Inc.** | Case number *(If known)* **20-15026** |
|---|---|---|
| | Name | |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | |
   |---|---|
   | | **$4,995,979.37** |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture - completely depreciated | **$100.00** | | **$100.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **Parking Management, Inc.** | Case number *(If known)* **20-15026** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                          $100.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 Chevy Colorado #3178 - NBV $16,172.56 - straight line depreciation method<br>2017 Chevy Colorado #3499 - NBV $16,172.56 - straight line depreciation method<br>2020 Ford Cargo/Panel Can - NBV $24,601.38 - straight line depreciation method<br>Purchase Price for all: $83,410.70** | **$55,716.32** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                          $0.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Parking Management, Inc.**                                    Case number *(If known)* **20-15026**
Name

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **PMI purchased 37 New York Ave, NE in August 1970 for $48,000 (Land $31K and Building $17)** | **Purchased in August 1970** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets U.S. Trademark Registration for Mark:  PMI and Design; Registration No. 4225207 Owner:  Parking Management, Inc. Registration covers the following services - Class 39: car rental, garage and parking space rental; parking garage and lot services; provision of car parking facilities; rental of vehicle parking spaces; vehicle parking.** | **Unknown** | | **Unknown** |
| 61.    **Internet domain names and websites www.pmi-parking.com** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |

Debtor    **Parking Management, Inc.**                              Case number *(If known)*  **20-15026**
          Name

**63.**  **Customer lists, mailing lists, or other compilations**
         **Yes, we have a customer list for monthly**                    **Unknown**                              **Unknown**
         **billing customers.**

**64.**  **Other intangibles, or intellectual property**

**65.**  **Goodwill**

**66.**  **Total of Part 10.**                                                                            **$0.00**

         Add lines 60 through 65. Copy the total to line 89.

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                                      **Current value of
                                                                                      debtor's interest**

**71.**  **Notes receivable**
         Description (include name of obligor)

**72.**  **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

**73.**  **Interests in insurance policies or annuities**

**74.**  **Causes of action against third parties (whether or not a lawsuit
         has been filed)**

**75.**  **Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership
         **Parking Management, Inc. is the General Partner (5%)
         and limited partner (70%), an entity that provided
         parking services at BWI Airport.  Dormant.**                                      **Unknown**

**78.**  **Total of Part 11.**                                                                            **$0.00**

         Add lines 71 through 77. Copy the total to line 90.

Debtor    **Parking Management, Inc.**                                                   Case number *(If known)*  **20-15026**
          Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Parking Management, Inc.**
Name    Case number *(If known)* **20-15026**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,995,979.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,996,079.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,996,079.37 |

5/20/20  4:43PM

**Fill in this information to identify the case:**

Debtor name    **Parking Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)    **20-15026**

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Parking Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)    **20-15026**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Baltimore Collections Division**<br>**Attn: Misc Tax/Licensing**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,958.39 | $14,958.39 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**District of Columbia Tax and Revenue**<br>**1101 4th Street, SW, Suite W270**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $194,119.73 | $194,119.73 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **0156**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Parking Management, Inc.**                          Case number (if known)    **20-15026**
_____Name_____

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,105.00** |
|---|---|---|---|

**1101 Fifteenth LLC**
**c/o TF Cornerstone Inc.**
**Attn: Accounts Receivable**
**387 Park Avenue South, 7th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/01/20__

**Basis for the claim:  Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,392.80** |
|---|---|---|---|

**1125 15th Street LLC**
**1120 Vermont Avenue, NW, Suite 900**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/15/2020__

**Basis for the claim:  Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,105.00** |
|---|---|---|---|

**1156 Fifteenth LLC**
**c/o TF Cornerstone Inc.**
**Attn: Accounts Receivable**
**387 Park Avenue South, 7th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/01/2020__

**Basis for the claim:  Lease Agreemet**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,955.00** |
|---|---|---|---|

**1620 Eye LLC**
**c/o TF Cornerstone Inc.**
**Attn: Accounts Receivable**
**387 Park Avenue South, 7th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/01/2020__

**Basis for the claim:  Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,000.00** |
|---|---|---|---|

**17 M Associates**
**c/o Boston Properties**
**2200 Pennsylvania Avenue, NW, Suite 200W**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/01/2020__

**Basis for the claim:  Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,088.00** |
|---|---|---|---|

**2000 L Owner LLC**
**c/o Rockrose Development Corp**
**15 East 26th Street, 7th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/01/2020__

**Basis for the claim:  Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,262.50** |
|---|---|---|---|

**2001 K, LLC**
**c/o NY Community Bank**
**102 Duffy Avenue, 1st Floor**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/01/2020__

**Basis for the claim:  Lease Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,200.00 |
|---|---|---|---|

**20th & S Associates LLC**
**1120 Vermont Avenue, Suite 900**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,650.00 |
|---|---|---|---|

**2201 Limited Parntership II**
**c/o Lenkin Company Management, Inc.**
**5101 Wisconsin Avenue, NW, 5th Floor**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,460.14 |
|---|---|---|---|

**64 DCGST Owner LLC**
**c/o Lincoln Property Co.**
**1325 G Street, NW, Suite 110**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,008.33 |
|---|---|---|---|

**A&G Ltd Partnership**
**1725 DeSales Street, NW, Suite 900**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,866.67 |
|---|---|---|---|

**A&G Ltd Partnership**
**1725 DeSales Street, NW, Suite 900**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,689.10 |
|---|---|---|---|

**ADP, Inc.**
**P.O. Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2020 - 5/08/2020**

Basis for the claim:  **401K and COBRA Services**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,076.45 |
|---|---|---|---|

**American Express**
**P.O. Box 1270**
**Newark, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/09/2020 - 5/08/2020**

Basis for the claim:  **Credit card**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,258.00** |
|---|---|---|---|

**Austin Mohawk and Company LLC**
**2175 Beechgrove Place**
**Utica, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/21/2020__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$863.23** |
|---|---|---|---|

**BGE**
**P.O. Box 13070**
**Philadelphia, PA 19101-3070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Electricity__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,846.76** |
|---|---|---|---|

**BizLibrary**
**14500 S. Outer Forty Road, Suite 500**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/03/2020__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,423.00** |
|---|---|---|---|

**Boston Properties Limited Partnership**
**P.O. Box 3557**
**Boston, MA 02241-3557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/03/2020__

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,422.00** |
|---|---|---|---|

**Bozzuto Management Company**
**6406 Ivy Lane, Suite 700**
**Greenbelt, MD 20770-1441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/15/2020__

Basis for the claim:  __Management Agreement__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$380.07** |
|---|---|---|---|

**BrandMark, Inc.**
**921 E. Tolna Road, Suite 4**
**New Freedom, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/29/2020__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,780.52** |
|---|---|---|---|

**Brinks U.S.**
**P.O. Box 619031**
**Dallas, TX 75261-9031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/01/2019 - 4/01/2020__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**CBRE, Inc.**<br>**5201 Leesburg Pike, Suite 101**<br>**Falls Church, VA 22041** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$177,714.00** |
|---|---|---|---|
| | Date(s) debt was incurred ___ | Basis for the claim: **Management Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>**P.O. Box 631025**<br>**5570 Ridge Ave**<br>**Cincinnati, OH 45213** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.22** |
|---|---|---|---|
| | Date(s) debt was incurred **4/27/2020** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**City of Baltimore**<br>**Bureau of Revenue Collections**<br>**P.O. Box 17535**<br>**Baltimore, MD 21297-1535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,571.34** |
|---|---|---|---|
| | Date(s) debt was incurred ___ | Basis for the claim: **Storm Water/Fire** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**City of Baltimore**<br>**c/o Director of Finance**<br>**P.O. Box 17535**<br>**Baltimore, MD 21297-1535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,571.34** |
|---|---|---|---|
| | Date(s) debt was incurred **4/01/2020** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Columbia Plaza Limited Partnership**<br>**2440 Virginia Avenue, NW**<br>**Washington, DC 20037** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$113,474.00** |
|---|---|---|---|
| | Date(s) debt was incurred **3/15/2020** | Basis for the claim: **Management Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Connecticut/DeSales, LLC**<br>**c/o Lenkin Company Management Inc.**<br>**5101 Wisconsin Avenue, NW, 5th Floor**<br>**Washington, DC 20016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,625.00** |
|---|---|---|---|
| | Date(s) debt was incurred **4/01/2020** | Basis for the claim: **Lease Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Constellation NewEnergy, Inc.**<br>**P.O. Box 4640**<br>**Carol Stream, IL 60197-4640** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,155.26** |
|---|---|---|---|
| | Date(s) debt was incurred **4/06/2020 - 4/16/2020** | Basis for the claim: **Electricity** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

5/20/20 4:43PM

Debtor    **Parking Management, Inc.**

Name

Case number (*if known*)    **20-15026**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,662.45 |
| --- | --- | --- | --- |

**Coresite**
P.O. Box 74338
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,232.11 |
| --- | --- | --- | --- |

**Corporate Cleaning Solutions**
P.O. Box 966
Sophia, NC 27350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/23/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,822.43 |
| --- | --- | --- | --- |

**Crown Security System, Inc.**
1930 Isaac Newton Square, Suite 100
Reston, VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/09/2020, 4/23/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.50 |
| --- | --- | --- | --- |

**Crystal Springs**
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,748.12 |
| --- | --- | --- | --- |

**CSC Leasing Company**
6806 Paragon Place, Suite 170
Richmond, VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/01/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.98 |
| --- | --- | --- | --- |

**Culligan of Annapolis**
441 Defense Highway
Attn: Billing Dept.
Annapolis, MD 21401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.19 |
| --- | --- | --- | --- |

**DrinkMore Delivery, Inc.**
7595-A Rickenbacker Drive
Gaithersburg, MD 20879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/27/2020 - 4/14/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Parking Management, Inc.**                                    Case number (if known)    **20-15026**
_____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,541.92 |
|---|---|---|---|

**EfficiencyNext LLC**
**P.O. Box 3181**
**Kitty Hawk, NC 27949-3181**

Date(s) debt was incurred  **4/30/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,865.50 |
|---|---|---|---|

**EMS Services**
**Painting and Parking Maintenance**
**4425 Weejun Loop**
**Woodbridge, VA 22192**

Date(s) debt was incurred  **2/08/2020 - 3/14/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,131.50 |
|---|---|---|---|

**EPIC 919 LLC**
**c/o Crown Properties, Inc.**
**15 Watts Street, 5th Floor**
**New York, NY 10013**

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.17 |
|---|---|---|---|

**FEDEX**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred  **April 2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Courier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,824.55 |
|---|---|---|---|

**Foreign Allfairs Recreation Association**
**320 21st Street, NW, Room B640**
**Washington, DC 20520**

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,725.00 |
|---|---|---|---|

**Fourth Gould Ltd Partnership**
**1725 DeSales Street, NW, #900**
**Washington, DC 20036**

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Fourth Gould Ltd Partnership**
**1725 DeSales Street, NW, #900**
**Washington, DC 20036**

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Parking Management, Inc.**
      Name

Case number (if known) **20-15026**

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,000.00** |
|---|---|---|---|

**Gaedeke Group, LLC**
**1310 G Street, NW**
**Washington, DC 20005**

Date(s) debt was incurred  __4/01/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,043.50** |
|---|---|---|---|

**Geneva Associates Owner, LLC**
**1611 N. Kent Street, G2 Level**
**Bethesda, MD 20814**

Date(s) debt was incurred  __3/15/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,080.36** |
|---|---|---|---|

**Grainger**
**Dept. 811284645**
**Palatine, IL 60038**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,562.12** |
|---|---|---|---|

**Granite Telecommunications**
**P.O. Box 983119**
**Boston, MA 02298-3119**

Date(s) debt was incurred  __1/30/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,048.72** |
|---|---|---|---|

**Harbor East Garage, LLC**
**650 S. Exeter Street, Suite 200**
**Baltimore, MD 21202**

Date(s) debt was incurred  __2/25/2020 to 3/24/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,614.57** |
|---|---|---|---|

**Harbor East Parcel H**
**c/o Harbor East Management Group LLC**
**650 South Exeter Street, Suite 200**
**Baltimore, MD 21202**

Date(s) debt was incurred  __4/01/2020__

Last 4 digits of account number  __9003__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00** |
|---|---|---|---|

**Hariton, Mancuso & Jones, P.C.**
**11140 Rockville Pike, Suite 340**
**Rockville, MD 20852**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accountant__

Is the claim subject to offset? ■ No  ☐ Yes

---

5/20/20  4:43PM

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,249.99** |
|---|---|---|---|

**JBG Smith DeSales St Assoc LP**
**Attn: Patrick Tyrrell, CAO**
**4747 Bethesda Avenue, Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease at 25 M Street**

Last 4 digits of account number  **0003**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,566.48** |
|---|---|---|---|

**JBG Smith DeSales St Assoc LP**
**Attn: Patrick Tyrrell, CAO**
**4747 Bethesda Avenue, Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Rent payment for office lease at 1725 Desales Street**

Last 4 digits of account number  **0006**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,630.14** |
|---|---|---|---|

**JBG Smith Properties**
**Attn: Patrick Tyrrell, CAO**
**4747 Bethesda Avenue, Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease for garage operations at 1725 Desales Street**

Last 4 digits of account number  **3392**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JBG Smith Properties**
**Attn: Patrick Tyrrell, CAO**
**4747 Bethesda Avenue, Suite 200**
**Bethesda, MD 20814**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Management Contract for Columbia Plaza LP**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,910.94** |
|---|---|---|---|

**Johnson Controls Fire Protection**
**Dept. Ch 10320**
**NEED STREET ADDRESS**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/04/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$318.00** |
|---|---|---|---|

**Joshua Siegel**
**6201 31st Street N**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Parking Refund**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,893.55** |
|---|---|---|---|

**KCE Structural Engineers, PC**
**1818 Jefferson Place, NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Parking Management, Inc.**
Name

Case number (*if known*)  **20-15026**

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,596,300.00 |
|---|---|---|---|

**Kingdon Gould III**
**10150 Gorman Road**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2019**

Basis for the claim:  **Loan - $1,500,000**
**Interest through petition date - $96,300.00**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**KMSI Inc.**
**c/o JBG Smith (Attn: B. Fragola)**
**4747 Bethesda Avenue, Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,464.50 |
|---|---|---|---|

**Maryland Dept of General Services**
**Division of Fiscal Services**
**300 West Preston Street, Room 1309**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2020**

Basis for the claim:  **Lease rent payment for PMI state lot in Baltimore**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.42 |
|---|---|---|---|

**MCI Communications Services Inc.**
**P.O. Box 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Communications**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,778.00 |
|---|---|---|---|

**Medical Faculty Assoc., Inc.**
**3811 N. Fairfax Drive, Suite1000**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,964.98 |
|---|---|---|---|

**Metro K LLC**
**c/o Colliers International**
**P.O. Box 4857**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number  **t692**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.90 |
|---|---|---|---|

**Miller's Supplies At Work**
**P.O. Box 1537**
**Newington, VA 22122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2020 - 4/08/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Parking Management, Inc.**                                    Case number (if known)    **20-15026**

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966.00 |

**National Elevator Inspection Services**
P.O. Box 503067
11973 Westline Industrial Dr
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.55 |

**Orkin, Inc.**
P.O. Box 740847
Cincinnati, OH 45274-0847

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,633.60 |

**Otis Elevator**
P.O. Box 13716
Newark, NJ 07188-0716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.64 |

**P&R Printing**
24948 Green Fern Drive
Georgetown, DE 19947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,132.00 |

**Paris Associates LP**
4747 Bethesda Avenue, Suite 200
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.35 |

**Parkeon**
40 Twosome Drive, Unit 7
Moorestown, NJ 08057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,571.20 |

**Pennsylvania Building Assoc**
c/o Willco
7811 Montrose Road, Suite 200
Potomac, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2020**

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parking Management, Inc.** | Case number *(if known)* | **20-15026** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address
PEPCO
701 Ninth Street, NW
Washington, DC 20068

Date(s) debt was incurred  **March/April 2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electricity**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,176.27**

---

**3.72** | Nonpriority creditor's name and mailing address
Plaza East/SWIB
c/o Wade Company LLC
1800 N. Kent Street, Suite 100
Arlington, VA 22209

Date(s) debt was incurred  **2/27/2020 - 4/01/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$113,247.50**

---

**3.73** | Nonpriority creditor's name and mailing address
Presidents Street Garage Assoc
P.O. Box 6174
Hermitage, PA 16148-6174

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,833.00**

---

**3.74** | Nonpriority creditor's name and mailing address
Prudence, LLC
P.O. Box 79430
Baltimore, MD 21279-0430

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,946.92**

---

**3.75** | Nonpriority creditor's name and mailing address
Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813

Date(s) debt was incurred  **4/27/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.03**

---

**3.76** | Nonpriority creditor's name and mailing address
Quadient Leasing USA, Inc.
P.O. Box 123682
Dallas, TX 75312-3682

Date(s) debt was incurred  **4/23/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,667.60**

---

**3.77** | Nonpriority creditor's name and mailing address
R3 LLC
333 Main Street, Suite 201
Gaithersburg, MD 20878

Date(s) debt was incurred  **4/20/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,371.54**

---

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,971.57** |
|---|---|---|---|

**RPT 1425 Holdings LLC**
**750 17th Street, NW, Suite 1100**
**Washington, DC 20006**

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$475.00** |
|---|---|---|---|

**Same Day Xpress, Inc.**
**P.O. Box 211**
**3610 B and O Rd**
**Abingdon, MD 21009**

Date(s) debt was incurred  **4/30/2020**

Last 4 digits of account number  **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240.62** |
|---|---|---|---|

**Servicemaster of Greater Washington**
**7941-L2 Angus Court**
**Springfield, VA 22153**

Date(s) debt was incurred  **4/01/2020**

Last 4 digits of account number  **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,682.16** |
|---|---|---|---|

**Sheppard Mullin Richter & Hampton LLP**
**333 South Hope Street, 43rd Floor**
**Los Angeles, CA 90071-1422**

Date(s) debt was incurred  **April 2020**

Last 4 digits of account number  **3493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,070.16** |
|---|---|---|---|

**Sheppard Mullin Richter & Hampton LLP**
**7175 Columbia Gateway Drive**
**Wells Fargo Lockbox Services**
**Lockbox 76409**
**Columbia, MD 21045-2536**

Date(s) debt was incurred  **April 2020**

Last 4 digits of account number  **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.27** |
|---|---|---|---|

**Sign Central**
**8272 Saundersville Road**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **5/05/2020**

Last 4 digits of account number  **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,443.24** |
|---|---|---|---|

**Skidata Inc.**
**P.O. Box 21145**
**New York, NY 10087-1145**

Date(s) debt was incurred  **3/24/2020 - 4/07/2020**

Last 4 digits of account number  **__**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

---

3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,055.47**

**Southland Printing Co.**
**213 Airport Drive**
**P.O. Box 7263**
**Shreveport, LA 71137-7263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/03/2020 - 3/31/2020**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00**

**Square 374 LLC**
**c/o Gould Property Co.**
**1725 DeSales Street, NW, Suite 900**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

**Basis for the claim:** **Lease Agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,066.87**

**Square 407 LP**
**c/o Boston Properties**
**Agent for Market Square North**
**P.O. Box 415111**
**Boston, MA 02241-5511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

**Basis for the claim:** **Lease Agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00**

**Square 452 LLC**
**c/o Gould Property Company**
**P.O. Box 75887**
**Baltimore, MD 21275-5887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

**Basis for the claim:** **Lease Agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$412.80**

**Stericycle Communications Solutions**
**26604 Network Place**
**Southern Database**
**Chicago, IL 60673-1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2020**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135,416.67**

**Thames Street Garage, LLC**
**c/o Harbor East Mgmt Group**
**650 South Exeter Street, Suite 200**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

**Basis for the claim:** **Lease Agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266.32**

**The Sherwin Williams Co.**
**2511 14th Street, NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2020 - 4/16/2020**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

5/20/20 4:43PM

Debtor **Parking Management, Inc.**
_____
Name

Case number (if known) **20-15026**

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,556.00** |

**The Westin Hotel**
**2350 M Street, NW**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/01/2020__

Basis for the claim: __Lease Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,806.73** |

**Third Gould LLC**
**P.O. Box 8571**
**Carol Stream, IL 60197-8571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/15/2020__

Basis for the claim: __Management Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,821.73** |

**Towne Park LLC**
**P.O. Box 79349**
**Baltimore, MD 21279-0349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/31/2020- 3/31/2020__

Basis for the claim: __Management Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,184.00** |

**Travelers Casualty and Surety Company**
**One Tower Square**
**Hartford, CT 06183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1814__

Basis for the claim: __Workers Compensation and Employers Liability Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,366.00** |

**Travelers Indemnity Company of America**
**One Tower Square**
**Hartford, CT 06183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Insurance__

Last 4 digits of account number __0936__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,860.00** |

**Travelers Insurance**
**One Tower Square 0000-03MSA**
**Third Party Deductable Unit**
**Hartford, CT 06183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,703.08** |

**TREA 1401 H, LLC**
**c/o Bank of America, N.A.**
**P.O. Box 100616**
**Atlanta, GA 30381-0616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/15/2020__

Basis for the claim: __Management Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Parking Management, Inc.**                                    Case number (if known)  **20-15026**
Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,125.55 |
|---|---|---|---|

**Tribeca Paper Company**
60 Broadway Suite 10C
Brooklyn, NY 11249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862,723.84 |
|---|---|---|---|

**Truist Bank**
c/o Malinda Koterba, AVP
14401 Sweitzer Lane, 4th Floor
Laurel, MD 20707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2020

Basis for the claim:  **Paycheck Protection Program**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.92 |
|---|---|---|---|

**United Site Services**
P.O. Box 5502
Binghamton, NY 13902-5502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/29/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,000.00 |
|---|---|---|---|

**UNIZO Real Estate DC Nine LLC**
c/o Cushman & Wakefield US Inc.
721 Emerson Road, Suite 30
Saint Louis, MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/01/2020

Basis for the claim:  **Lease Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.63 |
|---|---|---|---|

**UPS**
P.O. Box 809488
Chicago, IL 60680-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2020

Basis for the claim:  **Courier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.93 |
|---|---|---|---|

**US Pack Logistics LLC**
P.O. Box 123545
Dallas, TX 75380-3545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/29/2020

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,782.19 |
|---|---|---|---|

**Verizon**
P.O. Box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2020

Basis for the claim:  **Phones**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

5/20/20  4:43PM

Debtor  **Parking Management, Inc.**
Name                                              Case number (if known)  **20-15026**

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,598.87 |
|---|---|---|---|

**Verizon (DC)**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred  **4/222020 - 4/28/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phones**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,035.10 |
|---|---|---|---|

**Verizon (MD)**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred  **4/22/2020 - 4/26/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phones**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,094.02 |
|---|---|---|---|

**Verizon (VA)**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred  **4/22/2020 - 4/29/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phones**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,411.27 |
|---|---|---|---|

**W.B. Mason Co., Inc.**
P.O. Box 111
Brockton, MA 02303-0111

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.72 |
|---|---|---|---|

**Waste Management of Maryland**
P.O. Box 13648
Philadelphia, PA 19101-3648

Date(s) debt was incurred  **3/25/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,296.00 |
|---|---|---|---|

**WBI Associates LP**
c/o The Westover Companies
550 American Ave, Suite 1
King of Prussia, PA 19406

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.64 |
|---|---|---|---|

**Wex Bank**
P.O. Box 4337
Carol Stream, IL 60197-4337

Date(s) debt was incurred  **4/30/2020**

Last 4 digits of account number  **Sunoco Suntrak**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

5/20/20 4:43PM

| Debtor | **Parking Management, Inc.** | Case number (if known) | **20-15026** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,880.00** |
|---|---|---|---|

**Wilfredo M. Maldonado**
**12733 Piedmont Trail Road**
**Clarksburg, MD 20871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,445.00** |
|---|---|---|---|

**William Spencer**
**114 Autumn Lake Way**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,520.00** |
|---|---|---|---|

**Windcave Inc.**
**P.O. Box 45498**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,253.00** |
|---|---|---|---|

**Xerox Financial Services**
**P.O. Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/01/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **JBG Smith DeSales St Assoc LP**<br>**P.O. Box 75409**<br>**Baltimore, MD 21275-5409** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JBG Smith DeSales St Assoc LP**<br>**P.O. Box 75409**<br>**Baltimore, MD 21275-5409** | Line  **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **JBG Smith Properties**<br>**P.O. Box 642773**<br>**Pittsburgh, PA 15264-2773** | Line  **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Presidents Street Garage Associ**<br>**P.O. Box 6174**<br>**Hermitage, PA 16148-0922** | Line  _<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

5/20/20 4:43PM

Debtor    **Parking Management, Inc.**                                    Case number (if known)    **20-15026**
          Name

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **209,078.12** |
| **5b. Total claims from Part 2** | 5b. + | $ | **5,960,421.89** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **6,169,500.01** |

5/20/20 4:43PM

**Fill in this information to identify the case:**

Debtor name    **Parking Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)    **20-15026**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Parking lease at 1101 15th Street, NW** | |
|      State the term remaining    **8/31/2022** | **1101 Fifteenth L.L.C.** **c/o TF Cornerstone Inc.** **Attn: Accounts Receivable** **387 Park Avenue South, 7th Floor** **New York, NY 10016** |
|      List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Parking lease at 1120 19th Street, NW** | |
|      State the term remaining    **9/30/2025** | **1120 19th Street Limited Partnership** **c/o Prudence LLC** **c/o LPC Commercial Services** **1120 19th Street, NW, #LL-21** **Washington, DC 20036** |
|      List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Parking lease at 1120 Vermont Avenue, NW** | |
|      State the term remaining    **4/30/2020** | **1120 Vermont Ave. Assoc. LLP** **c/o S.C. Herman Associates** **1120 Vermont Avenue, NW, Suite 900** **Washington, DC 20005** |
|      List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Parking lease at 1125 15th Street, NW** | |
|      State the term remaining    **4/30/2020** | **1125 15th Street LLC** **c/o S.C. Herman Associates** **1120 Vermont Avenue, NW, Suite 900** **Washington, DC 20005** |
|      List the contract number of any government contract | |

| Debtor 1 | **Parking Management, Inc.** | | Case number *(if known)* | **20-15026** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **1150 18th SPE LLC**<br>**c/o Rockrose Development Corp.**<br>**15 East 26th Street, 7th Floor**<br>**New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1156 15th Street, NW** | |
|---|---|---|---|
| | State the term remaining | **8/31/2022** | **1156 Fifteenth L.L.C.**<br>**c/o TF Cornerstone Inc.**<br>**Attn: Accounts Receivable**<br>**387 Park Avenue South, 7th Floor**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1441 L Street, NW** | |
|---|---|---|---|
| | State the term remaining | **4/30/2020** | **1441 L Associates LLC**<br>**c/o S.C. Herman Associates**<br>**1120 Vermont Avenue, NW, Suite 900**<br>**Washington, DC 20005** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1620 Eye Street, NW** | |
|---|---|---|---|
| | State the term remaining | **8/31/2022** | **1620 Eye L.L.C.**<br>**c/o TF Cornerstone Inc.**<br>**Attn: Director of Commercial Leasing**<br>**387 Park Avenue South, 7th Floor**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1615 M Street, NW** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **17 M Assocociates**<br>**c/o Boston Properties**<br>**2200 Pennsylvania Avenue, NW, Suite 200W**<br>**Washington, DC 20037** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **1722 Eye Street Associates**<br>**c/o Axent Realty Group**<br>**7811 Montrose Road, Suite 200**<br>**Potomac, MD 20854** |
| | List the contract number of any | | |

Debtor 1   **Parking Management, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)   **20-15026**

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **1919 M Street Associated L.P. c/o JBG Smith 1919 M Street, NW, Concourse 10 Washington, DC 20036** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 2000 L Street, NW** | |
|---|---|---|---|
| | State the term remaining | **4/30/2026** | **2000 L LLC c/o Rockrose Development Corp 15 East 26th Street, 7th Floor New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **2000 L Owner LLC c/o Rockrose Development Corp 15 East 26th Street, 7th Floor New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 2001 K Street, NW** | |
|---|---|---|---|
| | State the term remaining | **4/30/2026** | **2001 K LLC c/o NY Comm Bk Attn: Premier Banking 102 Duffy Avenue, 1st Floor Hicksville, NY 11801** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 200 S Street, NW** | |
|---|---|---|---|
| | State the term remaining | **4/30/2020** | **20th & S Associates 1120 Vermont Avenue, NW, Suite 900 Washington, DC 20005** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 2201 Wisconsin Avenue, NW** | **2201 Limited Partnership II c/o Lenkin Co Mgmt Inc. 4992-A St. Elmo Avenue Bethesda, MD 20814** |
|---|---|---|---|

| Debtor 1 | Parking Management, Inc. | | Case number *(if known)* | 20-15026 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 6/30/2021 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Parking lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | **2300 M St. Partners**<br>**2300 M Street, NW**<br>**Washington, DC** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **3307 M Street, LP**<br>**c/o East Banc**<br>**3307 M Street, NW, Suite 400**<br>**Washington, DC 20007** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **3345 M Street, LP**<br>**c/o East Banc**<br>**3307 M Street, NW, Suite 400**<br>**Washington, DC 20007** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **64 DCGST Owner LLC**<br>**c/o Lincoln Property Co.**<br>**1325 G Street, NW, Suite 110**<br>**Washington, DC 20005** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **A&G Ltd Partnership**<br>**1725 DeSales Street, NW, Suite 900**<br>**Washington, DC 20036** |

Debtor 1　**Parking Management, Inc.**

First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**20-15026**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Airport Plaza Office Building L.P.** **1725 DeSales Street, NW** **Washington, DC 20036** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bozzuto Development** **Attn: Jeff Proctor** **6406 Ivy Lane, Suite 700** **Greenbelt, MD 20770** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bozzutto Management Company** **Attn: Gennadiy Golub** **6406 Ivy Lane, Suite 700** **Greenbelt, MD 20770-1441** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cathedral Commons Partners, LLC** **c/o Bozzuto Development Co.** **371 Newark Street, Suite 204** **Washington, DC 20016** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CBRE, Inc.** **5201 Leesburg Pike, Suite 101** **Falls Church, VA 22041** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1730 M Street, NW** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **CESC 1730 M Street LLC** **P.O. Box 642773** **Pittsburgh, PA 15264-2773** |
| | List the contract number of any | | |

Debtor 1    **Parking Management, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-15026**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
| | State the term remaining | | **City Center Parking** |
| | List the contract number of any government contract | | **1725 DeSales Street, NW Washington, DC 20036** |

| | | | |
|---|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
| | State the term remaining | | **Columbia Plaza Limited Partnership Attn: Tom Roberson 2440 Virginia Avenue, NW** |
| | List the contract number of any government contract | | **Washington, DC 20037** |

| | | | |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
| | State the term remaining | | **Concord Crystal City** |
| | List the contract number of any government contract | | **6406 Ivy Lane, Suite 700 Greenbelt, MD 20770** |

| | | | |
|---|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1133 Connecticut Avenue, NW** | |
| | State the term remaining | **6/30/2021** | **Connecticut/DeSales, LLC c/o Lenkin Company Management, Inc.** |
| | List the contract number of any government contract | | **5101 Wisconsin Avenue, NW, 5th Floor Washington, DC 20016** |

| | | | |
|---|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
| | State the term remaining | | **CT Holding Co. LLC c/o Calvert Tract LLC Attn: James Speyer** |
| | List the contract number of any government contract | | **1828 L Street, NW, Suite 703 Washington, DC 20036** |

| | | | |
|---|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease** | **DeSales Associates 1725 DeSales Street, NW Washington, DC** |

| Debtor 1 | **Parking Management, Inc.** | | | Case number *(if known)* | **20-15026** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **Month to Month** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease for 919 18th Street, NW** | |
|---|---|---|---|
|  | State the term remaining | **3/31/2024** | **EPIC 919 LLC** |
|  | List the contract number of any government contract | | **c/o Crown Properties, LLC**<br>**Attn: Matthew G. Lefkowitz**<br>**15 Watts Street, 5th Floor**<br>**New York, NY 10013** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease for 22nd and C Street, NW** | |
|---|---|---|---|
|  | State the term remaining | **12/31/2020** | **Foreign Affairs Recreation Association** |
|  | List the contract number of any government contract | | **320 21st Street, NW, Room B640**<br>**Washington, DC 20520** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease for 8500 North Fort Myer Drive** | |
|---|---|---|---|
|  | State the term remaining | **12/31/2020** | **Foreign Affairs Recreation Association** |
|  | List the contract number of any government contract | | **320 21st Street, NW, Room B640**<br>**Washington, DC 20520** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Fourth Gould Ltd Partnership** |
|  | List the contract number of any government contract | | **1725 DeSales Street, NW, #900**<br>**Washington, DC 20036** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease** | |
|---|---|---|---|
|  | State the term remaining | **9/30/2022** | **Gaedeke Group, LLC** |
|  | List the contract number of any government contract | | **1310 G Street, NW, #250**<br>**Washington, DC 20005** |

Debtor 1    **Parking Management, Inc.**        Case number *(if known)*   **20-15026**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2023** | **Geneva Associates LP** |
| | List the contract number of any government contract | | **1777 North Kent Street** |
| | | | **Arlington, VA 22209** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Geneva Associates Owner, LLC** |
| | List the contract number of any government contract | | **1611 N. Kent Street, G2 Level** |
| | | | **Arlington, VA 22209** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1000 North Charles Street** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Gould Property** |
| | List the contract number of any government contract | | **1725 DeSales Street, 9th Floor** |
| | | | **Washington, DC 20036** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 910 North Charles Street** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Gould Property** |
| | List the contract number of any government contract | | **1725 DeSales Street, 9th Floor** |
| | | | **Washington, DC 20036** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 810 North Charles Street** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Gould Property** |
| | List the contract number of any government contract | | **1725 DeSales Street, 9th Floor** |
| | | | **Washington, DC 20036** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gould/Jefferson Davis Highway** |
| | List the contract number of any | | **1725 DeSales Street, NW** |
| | | | **Washington, DC 20036** |

5/20/20 4:43PM

Debtor 1  **Parking Management, Inc.**                                Case number (*if known*)  **20-15026**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Grady Management, Inc.** |
| | List the contract number of any government contract | | **8630 Fenton Street, Suite 625** **Silver Spring, MD 20910** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Harbor East Parcel H** |
| | List the contract number of any government contract | | **c/o Harbor East Management Group LLC** **650 South Exeter Street, Suite 200** **Baltimore, MD 21202** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hoffman Family, LLC** |
| | List the contract number of any government contract | | **c/o Hoffman Company** **2034 Eisenhower Avenue, Suite 290** **Alexandria, VA 22314** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 720 Aliceanna Street** | |
|---|---|---|---|
| | State the term remaining | **2/28/2031** | **Inner Harbor East Garage, LLC** |
| | List the contract number of any government contract | | **c/o Harbor East Management Company** **650 South Exeter Street, Suite 200** **Baltimore, MD 21202** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jaguar Properties, LLC** |
| | List the contract number of any government contract | | **P.O. Box 2422** **Addison, TX 75001-2422** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **JBG Smith Properties** **Attn: Morgan Johnson-Massey** **300 M Street, S.E.** **Washington, DC 20003** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

5/20/20  4:43PM

Debtor 1  **Parking Management, Inc.**

First Name               Middle Name               Last Name

Case number *(if known)*   **20-15026**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Livestock, LLC**
**1725 DeSales Street, NW**
**Washington, DC 20036**

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1820 L Street, NW** |
|---|---|---|

State the term remaining    **Month to Month**

List the contract number of any
government contract

**MAPS 1801 K Street LLC**
**c/o Jones Lang LaSalle Americas Inc.**
**P.O. Box 419062**
**Boston, MA 02241-9062**

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 300 West Preston Street** |
|---|---|---|

State the term remaining    **Month to Month**

List the contract number of any
government contract

**Maryland Dept. of General Services**
**Division of Fiscal Services**
**301 W. Preston Street, Room 1309**
**Baltimore, MD 21201**

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Mass Court Apartments**
**Attn: Amanda Pyne**
**300 Massachusetts avenue, NW**
**Washington, DC 20001**

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Medical Faculty Assoc., Inc.**
**3811 N. Fairfax Drive, Suite1000**
**Arlington, VA 22203**

5/20/20 4:43PM

Debtor 1   **Parking Management, Inc.**         Case number *(if known)*   **20-15026**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.**   State what the contract or lease is for and the nature of the debtor's interest     **Management Agreement**

State the term remaining

List the contract number of any government contract

**Mept Anthology LLC**
**c/o New Tower Trust Company**
**Attn: Krystle Pressley**
**625 H Street, NE**
**Washington, DC 20002**

---

**2.57.**   State what the contract or lease is for and the nature of the debtor's interest     **Management Agreement**

State the term remaining

List the contract number of any government contract

**Merritt Canton BP LLC**
**Attn: Rob Merritt**
**2066 Lord Baltimore Drive**
**Windsor Mill, MD 21244**

---

**2.58.**   State what the contract or lease is for and the nature of the debtor's interest     **Parking lease 1275 K Street, NW, Unit 692**

State the term remaining     **2/28/2024**

List the contract number of any government contract

**Metro K LLC**
**c/o Colliers International**
**P.O. Box 4857**
**Portland, OR 97208**

---

**2.59.**   State what the contract or lease is for and the nature of the debtor's interest     **Valet Contract**

State the term remaining

List the contract number of any government contract

**Metropolitan Club**
**Attn: Michael Redmond/Tony Testo**
**1700 H Street, NW**
**Washington, DC 20006**

---

**2.60.**   State what the contract or lease is for and the nature of the debtor's interest     **Lease Agreement**

State the term remaining

List the contract number of any government contract

**Monument Realty**
**Attn: Devin Keenan**
**750 17th Street, NW, Suite 1100**
**Washington, DC 20006**

---

**2.61.**   State what the contract or lease is for and the nature of the debtor's interest     **Parking lease 1601-21 North Kent Street**

State the term remaining     **Month to Month**

List the contract number of any

**Paris Associates LP**
**Attn: Civita Peters**
**1611 N. Kent Street, G2 Level**
**Arlington, VA 22209**

---

Debtor 1  **Parking Management, Inc.**
First Name    Middle Name    Last Name

Case number (*if known*)  **20-15026**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Parking lease at 1220 E Street, NW | |
|---|---|---|---|
| | State the term remaining | 7/31/2020 | **Pennsylvania Building Associates LP c/o Willco Attn: Ms. Anomi Kodithuwakku 7811 Montrose Road, Suite 200 Potomac, MD 20854** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | **Plaza East/SWIB c/o Wade Company LLC 1800 N. Kent Street, Suite 100 Arlington, VA 22209** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Parking lease for 815 East Pratt Street | |
|---|---|---|---|
| | State the term remaining | 6/30/2031 | **President Street Associates, LLC c/o Gould Property Co. 1725 DeSales Street, NW Washington, DC 20036** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | **Prudence LLC co LPC Commercial Services 1120 19th Street, NW, #LL-21 Washington, DC 20036** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Parking lease | |
|---|---|---|---|
| | State the term remaining | 5/31/2023 | **RPT 1425 Holdings LLC 1425 New York Avenue, NW Washington, DC** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | **Sodexo 700 19th Street, NW Washington, DC 20431** |
|---|---|---|---|

5/20/20  4:43PM

Debtor 1   **Parking Management, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **20-15026**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **South Capital LLC** |
| | List the contract number of any government contract | _____ | **25 M Street, SW** **Washington, DC** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 900 New York Avenue, NW** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Square 374 LLC** **c/o Gould Property Company** |
| | List the contract number of any government contract | _____ | **1725 DeSales Street, NW** **Washington, DC 20036** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 875 D Street, NW** | |
|---|---|---|---|
| | State the term remaining | **9/30/2020** | **Square 407 LP** **c/o Boston Properties** **Agent for Market Square North** |
| | List the contract number of any government contract | _____ | **P.O. Box 415111** **Boston, MA 02241-5111** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 600 Massachusetts Avenue, NW** | |
|---|---|---|---|
| | State the term remaining | **11/30/2037** | **Square 452 LLC** **1725 DeSales Street, NW** |
| | List the contract number of any government contract | _____ | **Washington, DC 20036** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1530 Thames Street** | |
|---|---|---|---|
| | State the term remaining | **9/30/2022** | **Thames Street Garage, LLC** **c/o Harbor East Management Group** |
| | List the contract number of any government contract | _____ | **650 South Exeter Street, Suite 200** **Baltimore, MD 21202** |

5/20/20  4:43PM

| Debtor 1 | **Parking Management, Inc.** | | Case number (*if known*) | **20-15026** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Westin Hotel**<br>**2350 M Street, NW**<br>**Washington, DC 20037** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Third Gould LLC**<br>**1725 DeSales Street, NW**<br>**Washington, DC 20036** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Street Garage LLC**<br>**c/o Harbor East Mgmt Group**<br>**650 South Exeter Street, Suite 200**<br>**Baltimore, MD 21202** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Town Center Garage LLC**<br>**c/o Hoffman Company**<br>**203 Eisenhower Avenue, Suite 290**<br>**Alexandria, VA 22314** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TREA 1401 H, LLC**<br>**c/o Bank of America, N.A.**<br>**P.O. Box 100616**<br>**Atlanta, GA 30381-0616** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Union Investment Real Estate GMBH**<br>**c/o Cassidy Turley**<br>**600 13th Street, NW, Suite C102**<br>**Washington, DC 20005** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

5/20/20 4:43PM

| Debtor 1 | **Parking Management, Inc.** | | Case number *(if known)* | **20-15026** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Union Station Associates, LP**<br>**131 M Street, NE**<br>**Washington, DC** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Union Station Venture**<br>**c/o Jones Lang LaSalle**<br>**P.O. Box 414992**<br>**Boston, MA 02241-4992** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 1111 19th Street, NW** | |
|---|---|---|---|
| | State the term remaining | **5/31/2020** | **UNIZO Real Estate DC Nine LLC**<br>**c/o Cushman & Wakefield US Inc.**<br>**721 Emerson Road, Suite 300**<br>**Saint Louis, MO 63141** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease** | |
|---|---|---|---|
| | State the term remaining | **12/21/2021** | **UNIZO Real Estate DC Seven LLC**<br>**1325 G Street, NW**<br>**Washington, DC 20005** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease at 2100 Haines Street** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **W.W. Grainger, Inc.**<br>**100 Grainger Parkway**<br>**Attn: Tammy Moore**<br>**Lake Forest, IL 60045-5201** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | **WBI Associates LP**<br>**c/o The Westover Companies**<br>**550 American Ave, Suite 1**<br>**King of Prussia, PA 19406** |
|---|---|---|---|

5/20/20  4:43PM

| Debtor 1 | **Parking Management, Inc.** | | Case number *(if known)* | **20-15026** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Parking lease re: 1800 North Kent Street** | |
|---|---|---|---|
| | State the term remaining | **11/30/2020** | **Wilson Plaza East LLC**<br>**c/o Dana A. Clayton @ Akerman LLP**<br>**Three Brickell City Centre**<br>**98 Southeast Seventh Street**<br>**Miami, FL 33131** |
| | List the contract number of any government contract | _____ | |

5/20/20  4:43PM

**Fill in this information to identify the case:**

Debtor name **Parking Management, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)  **20-15026**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Parking Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND  - SOUTHERN DIVISION

Case number (if known)    **20-15026**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$86,056,100.00** |
   | **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$87,323,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1.    **See Attached List** | | **$13,170,635.58** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Parking Management, Inc.**                                 Case number *(if known)*  **20-15026**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
   may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kingdon Gould III**<br>**1725 DeSales Street, NW, Suite 900**<br>**Washington, DC 20036**<br>**President** | | **$207,692.64** | |
| 4.2. **Stephen J. Yetso**<br>**1725 DeSales Street, NW, Suite 900**<br>**Washington, DC 20036**<br>**Vice President, Chief Financial Officer,**<br>**Treasurer** | | **$238,702.14** | |
| 4.3. **James H. Blondell**<br>**1725 DeSales Street, NW, Suite 900**<br>**Washington, DC 20036**<br>**Chief Operating Officer, Vice President** | | **$238,702.14** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Parking Management, Inc.**                                    Case number *(if known)*  **20-15026**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Boy Scouts of America**<br>**9190 Rockville Pike**<br>**Bethesda, MD 20814** | **Charitable contribution** | **7/01/2018;**<br>**10/01/2018** | **$10,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **Ulman Cancer Foundation**<br>**317 8th Street, NE**<br>**Washington, DC 20002** | **Charitable Support for After School Mentor Program** | **10/22/2019** | **$2,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.3. | **Umar Youth Boxing, Inc.**<br>**6406 Ivy Lane, Suite 700**<br>**Greenbelt, MD 20770** | **Support at risk youth** | **7/30/18;**<br>**9/03/2019** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Parking Management, Inc.**                                        Case number *(if known)*   20-15026

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shulman Rogers Gandal Pordy & Ecker, PA 12505 Park Potomac Avenue, Sixth Floor Potomac, MD 20854** | | **4/06/2020 - $100,000 5/06/2020 - $39,563.20** | **$139,563.20** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

5/20/20  4:43PM

Debtor  **Parking Management, Inc.**                                   Case number *(if known)*  **20-15026**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

☑  Yes. State the nature of the information collected and retained.

> **PMI retains, with the customers persmission, credit card account information to charge customers monthly for the purchase of vehicle parking in the garages**

Does the debtor have a privacy policy about that information?

☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

☑  Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Parking Management, Inc. Employees Profit Sharing Plan** | EIN:  **52-6041413** |

Has the plan been terminated?

☑ No
☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Parking Management, Inc.**                                    Case number *(if known)*  **20-15026**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Maryland Parking LP**<br>**1725 DeSales Street, Suite 900**<br>**Washington, DC 20036** | **Parking Management, Inc. is the General Partner (5%) and limited partner (70%), an entity that provided parking services at BWI Airport. Dormant.** | EIN:    **52-1988713**<br><br>From-To    **12/31/2014 to Present (Dormant)** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    *Parking Management, Inc.*                                    Case number *(if known)*  20-15026

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Hariton, Mancuso & Jones, PC**<br>**11140 Rockville Pike, Suite 340**<br>**Rockville, MD 20852** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Hariton, Mancuso & Jones, PC**<br>**11140 Rockville Pike, Suite 340**<br>**Rockville, MD 20852** | **1971 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kingdon Gould III** | **1725 DeSales Street, NW**<br>**Washington, DC 20036** | **President** | **0.91%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James H. Blondell** | **1725 DeSales Street, NW**<br>**Washington, DC 20036** | **Chief Operating Officer, Vice President, Legal and Secretary** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen J. Yetso** | **1725 DeSales Street, NW**<br>**Washington, DC 20036** | **Vice President, Chief Financial Officer, Treasurer** | **0%** |

5/20/20 4:43PM

Debtor   **Parking Management, Inc.**                                          Case number *(if known)*  **20-15026**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Kingdon Gould, Jr. (Estate)** | **201 W. Padonia Road, Suite 400 Lutherville Timonium, MD 21093** | | **79.47%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

 ☑ No
 ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
 Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

 ☐ No
 ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Kingdon Gould III 1725 DeSales Street, NW, Suite 900 Washington, DC 20036** | **$207,692.64** | | |
| | Relationship to debtor **President** | | | |
| 30.2. | **Stephen J. Yetso 1725 DeSales Street, NW, Suite 900 Washington, DC 20036** | **$238,702.14** | | |
| | Relationship to debtor **Vice President, Chief Financial Officer, Treasurer** | | | |
| 30.3. | **James H. Blondell 1725 DeSales Street, NW, Suite 900 Washington, DC 20036** | **$238,702.14** | | |
| | Relationship to debtor **Chief Operating Officer, Vice President, Legal and Secretary** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

 ☑ No
 ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Parking Management, Inc.**                                   Case number *(if known)*   **20-15026**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
■  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Parking Management, Inc. Employees Profit Sharing Plan** | EIN:    **52-6041413** |

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2020**

**/s/ Kingdon Gould, III**                           **Kingdon Gould, III**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| VENDOR | AMOUNT PAID |
|---|---|
| 1101 FIFTEENTH L.L.C. Total | $74,210.00 |
| 1120 VERMONT AVE ASSOC  LLP Total | $79,361.15 |
| 1125 15TH STREET LLC Total | $22,786.20 |
| 1150 18th SPE L.L.C. Total | $36,470.00 |
| 1156 FIFTEENTH L.L.C. Total | $74,210.00 |
| 1441 L ASSOCIATES LLC Total | $19,785.00 |
| 1620 EYE L.L.C. Total | $61,910.00 |
| 17 M ASSOCIATES Total | $72,000.00 |
| 1722 EYE STREET ASSOCIATES Total | $16,049.00 |
| 1919 M ST ASSOC LTD PTSHP Total | $65,360.00 |
| 2000 L OWNER LLC Total | $34,176.00 |
| 2001 K LLC. Total | $84,560.00 |
| 2001 K, LLC. Total | $3,001.81 |
| 20TH & S ASSOCIATES LLC Total | $10,400.00 |
| 2201 LIMITED PARTNERSHIP II Total | $53,300.00 |
| 3307 M ST, LP Total | $64,166.00 |
| 3345 M ST, LP Total | $45,747.00 |
| 64 DCGST Owner LLC Total | $222,920.28 |
| A & G Ltd Partnership Total | $25,750.00 |
| A1 ELEVATOR INSPECTIONS Total | $345.00 |
| ACE FIRE EXTINGUISHER Total | $1,023.88 |
| ADAM AUGUSTINE Total | $87.50 |
| ADAM COWDERY Total | $77.50 |
| ADDEPALLI RAVIKUMAR Total | $30.00 |
| ADEBESIN, MUYIBATU, OLABISI Total | $30.00 |
| ADP SCREENING & SELECTION SRVC Total | $137.80 |
| ADP, INC. Total | $1,672.37 |
| ADP,INC. Total | $15,751.01 |
| AGW AND ASSOCIATES, INC. Total | $8,185.08 |
| AIRPORT PLAZA OFFICE BUILDING Total | $27,315.00 |
| AJILON PROFESSIONAL STAFFING Total | $698.78 |
| AKROFI PORTIA Total | $87.50 |
| ALICIA BURNS Total | $65.00 |
| ALICIA CAMPBELL Total | $189.00 |
| ALL PURPOSE CLEAN UP Total | $9,000.00 |
| ALLY BANK Total | $4,153.62 |
| AMERICAN EXPRESS Total | $17,173.25 |
| AMERICAN STRIPING Total | $625.00 |
| ANITA DICARLO Total | $12.00 |
| ANTONIO BRADLEY Total | $65.00 |
| ARLINGTON COUNTY, TREASURER Total | $10,632.57 |
| ARTEMUS KINNITH Total | $30.00 |
| ASEGEDETH ATLAW Total | $730.87 |
| ASHLEY ROSENBAUM Total | $87.50 |
| AUSTIN MOHAWK AND COMPANY LLC Total | $2,682.00 |
| BAKER & BOTTS Total | $149.06 |
| BFPE INTERNATIONAL INC Total | $4,945.62 |
| BGE Total | $13,230.71 |
| BONNIE CREECH Total | $175.00 |
| Boston Properties Limited Total | $3,768.02 |
| Bozzuto Development Total | $24,411.00 |
| BOZZUTO MANAGEMENT Total | $23,896.02 |
| BOZZUTO MANAGEMENT COMPANY Total | $86,719.00 |
| BrandMark, Inc. Total | $5,057.05 |

| | |
|---|---|
| **BRIAN HAIRSTON Total** | $265.00 |
| **BRIAN MASESSA Total** | $65.00 |
| **BRINKS U.S Total** | $601.51 |
| **BRITTNEY PULLIN Total** | $175.00 |
| **BRUCE CARPEL Total** | $25.00 |
| **BRYANT ALEXANDRIA Total** | $40.00 |
| **BUSY SERVICE, INC Total** | $3,825.00 |
| **BUTTS TICKET CO. Total** | $8,805.64 |
| **CAPITOL OFFICE SOLUTIONS Total** | $224.39 |
| **CARA MCLELLAN Total** | $85.00 |
| **CARLOS ALEXANDER CABALLERO Total** | $648.44 |
| **CARLY BUSHONG Total** | $225.00 |
| **CARMEN COREA-GUERRA Total** | $21.00 |
| **CARUSO FLORIST Total** | $341.89 |
| **CASEY OHEARN Total** | $87.50 |
| **CATHEDRAL COMMONS PARTNERS LLC Total** | $11,074.00 |
| **CBRE, INC. Total** | $444,833.00 |
| **CEDRIC MCLAURIE Total** | $80.00 |
| **CHANA HABER Total** | $85.00 |
| **CHARLOTTE BUSCHER Total** | $87.50 |
| **CHEBOLU DEVAKI Total** | $30.00 |
| **CHRISTOPHER MEAD Total** | $252.32 |
| **CINTAS Total** | $502.69 |
| **CITY CENTER PARKING Total** | $79,008.00 |
| **CITY OF ALEXANDRIA Total** | $10,309.52 |
| **CLINTON ELECTRIC CO. INC Total** | $2,160.00 |
| **Columbia Plaza Total** | $577,010.00 |
| **COMCAST Total** | $293.70 |
| **CONCORD CRYSTAL CITY Total** | $125,532.00 |
| **CONNECTICUT/DESALES LLC Total** | $51,250.00 |
| **Constellation NewEnergy, Inc. Total** | $27,719.71 |
| **CONSUMER REPORTS Total** | $30.74 |
| **COREY HUGHLEY Total** | $87.50 |
| **CORINNE PENNY Total** | $9.00 |
| **CORPORATE CLEANING SOLUTIONS Total** | $18,843.16 |
| **CORPORATE MAINTENANCE GROUP Total** | $2,522.80 |
| **COUNTY OF FAIRFAX Total** | $50.00 |
| **CROWN CLEANING CO. Total** | $1,000.00 |
| **CROWN SECURITY SYSTEM, INC Total** | $25,026.17 |
| **CRYSTAL LEWIS Total** | $65.00 |
| **CRYSTAL SPRINGS Total** | $583.45 |
| **CULLIGAN OF ANNAPOLIS Total** | $947.66 |
| **DAMILOLA FAJEMIROKAN Total** | $30.00 |
| **DANIEL MADDEN Total** | $87.50 |
| **DANIELLE SPRATLEY Total** | $42.00 |
| **DC TREASURER Total** | $25,581.28 |
| **DC WATER AND SEWER AUTHORITY Total** | $1,380.43 |
| **DERRICK DIAS Total** | $175.00 |
| **DIRECTOR OF FINANCE Total** | $250,437.84 |
| **DOMENICO DIPASQUALE Total** | $30.00 |
| **DONALD JONES Total** | $65.00 |
| **DOYLAN DEITRICH Total** | $132.75 |
| **DrinkMore Delivery, Inc. Total** | $2,307.38 |
| **DUBIURE YUSIF Total** | $132.50 |
| **DURRELL ADAMS Total** | $30.00 |

| | |
|---|---|
| **DYLAN GOINS Total** | $87.50 |
| **EAGLE MAT & FLOOR PRODUCTS Total** | $127.25 |
| **EDWARD SCOTT Total** | $172.50 |
| **EDWARD STOFFEL Total** | $302.00 |
| **EFFICIENCYNEXT LLC. Total** | $6,946.71 |
| **ELAN -Cardmember Service Total** | $20,595.68 |
| **ELEVATOR CONTROL SERVICE Total** | $4,540.00 |
| **EMILY COOKE Total** | $417.37 |
| **EMS SERVICES Total** | $39,996.00 |
| **EPIC 919 LLC Total** | $46,856.40 |
| **ERIC TELLADO Total** | $30.00 |
| **EUGENIA RAMEY Total** | $87.50 |
| **FEDEX Total** | $3,281.67 |
| **FEKADU NEGASSA Total** | $28.60 |
| **FELECIA GITTENS Total** | $30.00 |
| **FIRST PERSON Total** | $1,050.00 |
| **FOREIGN AFFAIRS RECREATION Total** | $7,649.10 |
| **Fourth Gould Ltd Partnership Total** | $15,450.00 |
| **FOURTH GOULD, LP Total** | $1,800.00 |
| **GABOR ROZSA Total** | $250.00 |
| **GAEDEKE GROUP, LLC Total** | $94,000.00 |
| **Geneva Associates Owner, LLC. Total** | $37,988.25 |
| **GOULD/JEFFERSON DAVIS HIGHWAY Total** | $32,728.18 |
| **Grady Management Inc. Total** | $32,930.00 |
| **GRAINGER Total** | $1,191.93 |
| **GRANITE TELECOMMUNICATIONS Total** | $5,442.62 |
| **GREG PARTRIDGE Total** | $25.00 |
| **GREGO KOHALMI Total** | $142.00 |
| **GUARDIAN Total** | $19,266.12 |
| **HAGAN SMITH Total** | $265.00 |
| **HALO BRANDED SOLUTIONS Total** | $2,688.34 |
| **HARBOR EAST GARAGE, LLC Total** | $1,247.44 |
| **HARBOR EAST PARCEL H #89003 Total** | $343,229.14 |
| **HARITON, MANCUSO & JONES, P.C. Total** | $4,000.00 |
| **HOFFMAN FAMILY, LLC. Total** | $101,445.00 |
| **HUB PARKING TECHNOLOGY USA INC Total** | $2,427.70 |
| **HUMPHREY RICH CONSTRUCTION INC Total** | $96.00 |
| **INEZ W. PATTEN Total** | $22.00 |
| **JAGUAR PROPERTIES, LLC. Total** | $25,445.00 |
| **JAMES BUTCHER Total** | $87.50 |
| **JAMES HURST Total** | $25.00 |
| **JAMES RATHGEBER Total** | $195.00 |
| **JANE NESTER Total** | $145.00 |
| **JASON DEWITT Total** | $30.00 |
| **JASON MADISON Total** | $88.00 |
| **JBG SMITH Total** | $214,893.22 |
| **JENNIFER WATERS Total** | $87.50 |
| **JIMMIE HATFIELD Total** | $88.00 |
| **JOHN ROUBO Total** | $175.00 |
| **JONATHAN SPRINKLE Total** | $25.00 |
| **JORDAN STROMAN Total** | $62.50 |
| **JOSHUA TROUT Total** | $450.00 |
| **JUAN LUO KEHOE Total** | $30.00 |
| **JULIA FLETCHER Total** | $170.00 |
| **KAISER PERMANENTE Total** | $377,341.12 |

| | |
|---|---|
| **KARMA HEALTHY FOOD Total** | $660.00 |
| **KEHINDE ORIADE Total** | $65.00 |
| **KELSEY WHEATLEY Total** | $132.50 |
| **KEVIN DO Total** | $175.00 |
| **KIMMETA BLACK Total** | $25.00 |
| **KIVEN, ALVARENGA Total** | $30.00 |
| **KMSI INC Total** | $2,000.00 |
| **KOKOU LETSOU Total** | $87.50 |
| **KRISTEN ANDRIEU Total** | $87.50 |
| **LAKSHMI GANESAN Total** | $25.00 |
| **LB AND B ASSOCIATES Total** | $310.00 |
| **LEW WALLIS Total** | $30.00 |
| **LINA PATINO Total** | $25.00 |
| **LINCOLN FINANCIAL GROUP Total** | $28,039.89 |
| **LINDSAY BARRASH Total** | $30.00 |
| **LIVESTOCK LLC Total** | $7,373.00 |
| **LocalJobNetwork.com Total** | $3,704.70 |
| **LOVAKUMAR TUMMAPALA Total** | $78.00 |
| **MACRO SOLUTIONS Total** | $210.00 |
| **MAINLINE DRUG TESTING SERVICES Total** | $195.00 |
| **MAPA Total** | $125.00 |
| **MAPS 1801 K STREET, LLC Total** | $404.67 |
| **MARCOS HERNANDEZ Total** | $123.36 |
| **MARINA ALESSI Total** | $175.00 |
| **MARIO ORTIZ Total** | $87.50 |
| **MARK CHOQUETTE Total** | $195.00 |
| **MARY BOJITO Total** | $130.00 |
| **Maryland Dept. of General Svc. Total** | $9,709.00 |
| **MASS COURT Total** | $132,854.00 |
| **MATHEW MILGRAM Total** | $65.00 |
| **MATTHEW LONG Total** | $262.50 |
| **MATTHEW PAWLOWSKI Total** | $25.00 |
| **MCI COMM SERVICE Total** | $71.72 |
| **MD DEPT OF ASSESSMENT/TAXATION Total** | $556.00 |
| **MEDICAL FACULTY ASSOCIATES INC Total** | $25,556.00 |
| **MELVIN DE LA CRUZ Total** | $45.00 |
| **MEPT ANTHOLOGY LLC. Total** | $30,427.00 |
| **METRO K LLC Unit 692 Total** | $41,987.78 |
| **MICHAEL MAYDEN Total** | $65.00 |
| **MICHAEL ROOK Total** | $25.00 |
| **MIKE GIRARDI Total** | $630.00 |
| **Miller's Supplies At Work Total** | $3,693.42 |
| **MITCHELL HOLLOWAY Total** | $87.50 |
| **MITCHELL SCHOENBERG Total** | $25.00 |
| **MOHAMMED MOUHTAJ Total** | $87.50 |
| **MONICA ASKEW NORMAN Total** | $70.00 |
| **MOOD MEDIA Total** | $396.63 |
| **NAMIFY Total** | $894.69 |
| **NANCY VOELLM Total** | $87.50 |
| **NATIONAL CAPITAL INDUSTRIES Total** | $121.90 |
| **NATIONAL ELEVATOR INSPECTION Total** | $204.00 |
| **NICOLE CHUANG Total** | $170.00 |
| **NORA SOLOMON Total** | $126.00 |
| **NORTHERN ELECTRICAL, LLC Total** | $685.00 |
| **NUPUR MOONDRA Total** | $25.00 |

| | |
|---|---|
| **OCCUPATIONAL HEALTH CENTERS Total** | $69.00 |
| **ORKIN INC. Total** | $1,784.60 |
| **OTIS ELEVATOR Total** | $4,388.00 |
| **P & R PRINTING Total** | $1,244.44 |
| **P.M.I. EMPLOYEES' FEDERAL Total** | $105,918.21 |
| **PAMELA DARR Total** | $22.00 |
| **Paris Associates LP Total** | $29,067.50 |
| **PARKEON Total** | $571.05 |
| **PARKONECT, LLC. Total** | $1,841.34 |
| **PAUL S GILBRIDE INS AGCY INC Total** | $148,145.00 |
| **PAUL WOODBURN Total** | $130.00 |
| **PENN BLDG ASSOC LTD, PART. Total** | $100,000.00 |
| **PENNSYLVANIA BUILDING ASSOC. Total** | $12,349.00 |
| **PEPCO Total** | $32,095.74 |
| **PLAZA EAST/SWIB Total** | $60,000.00 |
| **PMI EMPLOYEES FEDERAL CU Total** | $2,641.89 |
| **Presidents Street Garage Assoc Total** | $91,666.00 |
| **PROTECTION 1/ ADT Total** | $142.95 |
| **PROVIDENT LIFE & ACCIDENT Total** | $3,812.93 |
| **Prudence, LLC Total** | $35,893.84 |
| **QUADIENT FINANCE USA, INC Total** | $2,003.11 |
| **QUADIENT LEASING USA, INC Total** | $184.28 |
| **R3 LLC Total** | $12,371.54 |
| **RAED MUSLEH Total** | $132.50 |
| **RAMAKRISHNA SARAF Total** | $87.50 |
| **RAPID SCALE Total** | $1,104.00 |
| **RASEVIC LANDSCAPE COMPANY Total** | $650.00 |
| **RICHARD E. JOHNS Total** | $22.00 |
| **RICHARD LEE Total** | $87.50 |
| **RICHARD T KAPLAR Total** | $140.00 |
| **RIJA MASOOD Total** | $30.00 |
| **ROBERT DEWITT Total** | $87.50 |
| **ROBERT'S KEY SERVICE INC Total** | $16.96 |
| **RPT 1425 NEW YORK AVE LLC Total** | $107,943.14 |
| **RYAN ELLIOTT Total** | $65.00 |
| **SAL NASO Total** | $4,425.27 |
| **SAMANTHA MCDANIEL Total** | $151.00 |
| **SAME DAY XPRESS. INC. Total** | $1,445.00 |
| **SARAH VAIL Total** | $50.00 |
| **SCHEIDT & BACHMANN Total** | $114.30 |
| **SEAN GAMARRA Total** | $175.00 |
| **SEMACONNECT Total** | $7,165.23 |
| **SERVICEMASTER OF GREATER Total** | $481.24 |
| **SERVIMER Total** | $6,734.25 |
| **SHAIDA LATIFI Total** | $30.00 |
| **SHARK BYTE SYSTEMS INC. Total** | $1,390.50 |
| **SHEILA EVANS Total** | $87.50 |
| **SHENITA BOYD Total** | $25.00 |
| **SHEPHERD ELECTRIC SUPPLY Total** | $918.07 |
| **SIGN CENTRAL Total** | $1,516.70 |
| **SIGNANDDECAL.COM Total** | $2,621.59 |
| **SKIDATA INC. Total** | $49,480.45 |
| **SOUTHLAND PRINTING CO. Total** | $5,613.95 |
| **SPOT-A-POT, INC. Total** | $81.92 |
| **Sq 407/Boston Prop #415111 Total** | $141,414.49 |

| | |
|---|---|
| **SQUARE 374 LLC Total** | $142,258.50 |
| **SQUARE 452 LLC Total** | $253,455.30 |
| **SRINIVAS JADCHARLA Total** | $289.75 |
| **STATE OF MD DEPT OF LABOR Total** | $500.00 |
| **Stericycle Communications Total** | $412.80 |
| **STEVE TURLEY Total** | $25.00 |
| **SUNG SEO Total** | $87.50 |
| **SUSANNA COTO Total** | $140.00 |
| **SYED MURSHED Total** | $25.00 |
| **SYLVIA JOHNSON Total** | $30.00 |
| **T2B SOLUTIONS, LLC. Total** | $453.60 |
| **TEMILADE ADEGBONMIRE Total** | $30.00 |
| **THAMES STREET GARAGE, LLC Total** | $270,833.34 |
| **THE SHERWIN WILLIAMS CO. Total** | $603.92 |
| **THE WESTIN HOTEL Total** | $25,213.85 |
| **THIRD GOULD LLC Total** | $32,297.09 |
| **THOMAS,KICHE Total** | $251.00 |
| **TICKETECH INTERNATIONAL Total** | $5,092.55 |
| **TONAE SPENCER Total** | $126.00 |
| **TOTALFUNDS Total** | $2,311.36 |
| **TOWN CENTER GARAGE LLC Total** | $294,071.00 |
| **TRACIE WINBIGLER Total** | $106.04 |
| **TREA 1401 H, LLC Total** | $24,633.58 |
| **UG2 Total** | $7,773.33 |
| **UNION INVESTMENT REAL ESTATE Total** | $58,959.00 |
| **UNION STATION VENTURE Total** | $35,250.00 |
| **UNITED SITE SERVICES Total** | $596.16 |
| **UNIZO RE DC NINE LLC Total** | $118,000.00 |
| **UPS Total** | $467.30 |
| **US PACK LOGISTICS L.L.C. Total** | $618.90 |
| **VERIZON Total** | $4,055.12 |
| **VERIZON WIRELESS Total** | $5,306.50 |
| **VERIZON-DC Total** | $20,549.15 |
| **VERIZON-MD Total** | $9,457.77 |
| **VERIZON-VA Total** | $5,458.85 |
| **VICKEY MASON Total** | $353.00 |
| **W.B.MASON CO., INC. Total** | $3,159.61 |
| **W.W.GRAINGER Total** | $3,691.00 |
| **WASHINGTON BUSINESS JOURNAL Total** | $265.00 |
| **WASTE MANAGEMENT OF MARYLAND Total** | $6,336.45 |
| **WBI ASSOCIATES, LP Total** | $7,998.00 |
| **WEX BANK Total** | $11,694.38 |
| **WIITALA DOUGLAS Total** | $87.73 |
| **WILFREDO M. MALDONADO Total** | $34,160.00 |
| **WILLIAM MILLER Total** | $240.00 |
| **WILLIAM SPENCER Total** | $4,080.00 |
| **WINDCAVE INC Total** | $10,280.16 |
| **WSSC Total** | $1,171.17 |
| **WYLE LABORATORIES Total** | $175.00 |
| **XANADU BOTANICALS Total** | $139.92 |
| **XEROX FINANCIAL SVS Total** | $3,692.96 |
| **YONAS SEIFU Total** | $262.50 |
| Grand Total | $7,271,360.27 |
| | |
| **CSC** | $11,244.36 |

| | |
|---|---|
| **DELL** | $2,429.52 |
| **VONAGE** | $65,460.33 |
| | |
| MAPS 1801 K STREET LLC | $ 70,833.33 |
| JBG SMITH PROPERTIES LP | $ 9,333.33 |
| Sun Trust- Main | $ 500,000.00 |
| Sun Trust- Main | $ 300,000.00 |
| DC Treasurer | $ 470,813.05 |
| UNION INVESTMENT RE GMBH | $ 23,128.00 |
| Universal South | $ 51,281.00 |
| Universal North | $ 66,670.00 |
| Rock Spring Park LP | $ 72,198.00 |
| CESC 1101 17th St LLC | $ 13,085.00 |
| CESC MALL LLC | $ 49,330.00 |
| VORNADO-10102 | $ 109,235.00 |
| JBG SMITH | $ 4,570.82 |
| Sun Trust- Main | $ 200,000.00 |
| JBG SMITH | $ 486,577.76 |
| | |
| MAPS 1801 K STREET LLC | $ 70,833.33 |
| JBG SMITH PROPERTIES LP | $ 9,333.33 |
| Sun Trust- Main | $ 500,000.00 |
| Sun Trust- Main | $ 300,000.00 |
| UNION INVESTMENT RE GMBH | $ 33,875.00 |
| Sun Trust- Main | $ 250,000.00 |
| DC Treasurer | $ 458,882.00 |
| BALTIMORE CITY TAX | $ 9,612.00 |
| Sun Trust- Main | $ 200,000.00 |
| JBG SMITH | $ 367,935.01 |
| Wells Fargo Main | $ 40,000.00 |
| | |
| MAPS 1801 K STREET LLC | $ 70,833.33 |
| JBG SMITH PROPERTIES LP | $ 9,333.33 |
| Wells Fargo Main | $ 60,000.00 |
| Schulman Rogers | $ 100,000.00 |
| Sun Trust- Main | $ 300,000.00 |
| Sun Trust-Main | $ 240,000.00 |
| Sun Trust-Main | $ 15,000.00 |
| Sun Trust-Main | $ 7,000.00 |
| Sun Trust- Main | $ 200,000.00 |
| JBG SMITH | $ 150,448.48 |
| | |
| **WIRES TOTAL** | $ 5,820,141.10 |
| | |
| **REVISED GRAND TOTAL** | **$13,170,635.58** |