# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| PARKING MANAGEMENT, INC., ) | Case No.: 20-15026-TJC |
| ) | Chapter 11 (Subchapter V) |
| Debtor. ) | |
| ) | |

## STIPULATION AND AGREED ORDER FOR EXTENSION
## OF TIME TO VOTE AND OBJECT TO PLAN

Square 452, LLC and Square 374, LLC (the "Oxford Landlords") and Parking Management Inc. (the "Debtor"), by their undersigned attorneys, hereby stipulate and agree as follows:

1. On August 7, 2020, the Debtor in the above-captioned case filed a proposed chapter 11 plan of reorganization (the "Plan) [Docket No. 207].

2. On August 28, 2020, the Court entered an *Order Setting Hearing on Subchapter V Plan Confirmation* [Docket. No. 226] (the "Scheduling Order"). Pursuant to the Scheduling Order, the deadline for submitting acceptances or rejections of the proposed Plan and to file and serve written objections to confirmation of the Plan is September 30, 2020.

3. The deadline for the Oxford Landlords to vote to accept or reject the Plan and to file and serve objections to the Plan was previously extended through and until October 22, 2020 pursuant to the *Stipulation and Agreed Order for Extension of Time to Vote and Object to Plan* [ECF No. 305] entered on October 15, 2020.

4. The deadline for the Oxford Landlords to vote to accept or reject the Plan and to file and serve objections to the Plan is further extended through and including **October 27, 2020**.

Dated: October 20, 2020 	Respectfully submitted,

DLA PIPER LLP (US)

*/s/ Richard M. Kremen*
Richard M. Kremen (Fed Bar No. 00532)
Virginia R. Callahan (Fed Bar No. 20227)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: 410-580-4328
Facsimile: 410-580-3011
Email: Richard.Kremen@us.dlapiper.com
Email: Virginia.Callahan@us.dlapiper.com

*Attorneys for Square 452, LLC and Square 374, LLC*

-and-

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

*/s/ Michael J. Lichtenstein*
Michael J. Lichtenstein (Bar No. 05604)
12505 Park Potomac Avenue, Sixth Floor Potomac, Maryland 20854
Telephone: (301) 230-5231
Fascimile: (301) 230-2891
Email: mjl@shulmanrogers.com

*Attorney for Debtor*