## CERTIFICATE OF SERVICE

I certify that on this 20th day of October, 2020, I caused the foregoing *Stipulation and Agreed Order for Extension of Time to Vote and Object to Plan* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all parties and counsel of record, including the following:

| | |
|---|---|
| Monique D. Almy: | malmy@crowell.com; cbest@crowell.com; malmy@ecf.axosfs.com |
| Gwynne L. Booth: | glb@gdllaw.com |
| Richard L. Costella: | rcostella@tydings.com; jmurphy@tydings.com |
| Augustus T. Curtis: | augie.curtis@cohenbaldinger.com |
| Mary S. Diemer: | mary.diemer@nelsonmullins.com; robert.ours@nelsonmullins.com |
| Mary J. Dowd: | mary.dowd@arentfox.com; jill.clough@arentfox.com |
| Phillip Tucker Evans: | philip.evans@hklaw.com; kimi.odonnell@hklaw.com |
| Rosa Evergreen: | rosa.evergreen@arnoldporter.com; ecf-a6608983ebb8@ecf.pacerpro.com |
| John David Folds: | dfolds@bakerdonelson.com; sparson@bakerdonelson.com |
| Catherine Harrington: | charrington@bregmanlaw.com |
| David D. Hudgins: | e-mailbox@hudginslawfirm.com |
| Walter R. Kirkman: | wkirkman@bakerdonelson.com; cgregory@bakerdonelson.com |
| Lynn A. Kohen: | lynn.a.kohen@usdoj.gov |
| Leonidas Koutsouftikis: | lkouts@magruderpc.com, mcook@magruderpc.com |
| Alexander M. Laughlin: | alex.laughlin@ofplaw.com; marse.hammond@ofplaw.com |
| Richard Edwin Lear: | richard.lear@hklaw.com; kimi.odonnell@hklaw.com |
| Michael J. Lichtenstein: | mjl@shulmanrogers.com; tlockwood@shulmanrogers.com |
| Stephen W. Nichols: | snichols@offitkurman.com |
| Robert B. Scarlett: | rscarlett@scarlettcroll.com; krynarzewski@scarlettcroll.com; scarlettrr64434@notify.bestcase.com |
| Bryn Hope Sherman: | bsherman@offitkurman.com; rparrish@offitkurman.com |
| David Sommer: | dsommer@gejlaw.com; ceyler@gejlaw.com; gomara@gejlaw.com |
| Jackson David Toof: | jackson.toof@arentfox.com |
| U.S. Trustee (Greenbelt): | ustpregion04.gb.ecf@usdoj.gov |
| Jolene E. Wee: | Jwee@jw-infinity.com |

I further certify that on the 20th day of October 2020, copies of the *Stipulation and Agreed Order for Extension of Time to Vote and Object to Plan* were sent by first-class mail, postage prepaid, to the following:

Monique D. Almy
1001 Pennsylvania Avenue, N.W.
Tenth Floor
Washington, DC 20004

Hoffman Company
c/o Lauren Douglas, Esquire
2034 Eisenhower Avenue
Suite 290
Alexandria, Virginia 22314

Thomas Shields
Joseph J. Blake and Associates, Inc.
1054 31st Street, N.W.
Suite 530
Washington, DC 20007

Tribeca Paper Corporation
60 Broadway
Suite 10C
Brooklyn, New York 11249

                                              */s/ Richard M. Kremen*
                                              Richard M. Kremen (Fed Bar No. 00532)