UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: )
)
PARKING MANAGEMENT, INC., ) Case No.: 20-15026-TJC
) Chapter 11 (Subchapter V)
Debtor. )
)

**STIPULATION AND AGREED ORDER FOR EXTENSION
OF TIME TO VOTE AND OBJECT TO PLAN**

Square 452, LLC and Square 374, LLC (the "Oxford Landlords") and Parking Management Inc. (the "Debtor"), by their undersigned attorneys, hereby stipulate and agree as follows:

1. On August 7, 2020, the Debtor in the above-captioned case filed a proposed chapter 11 plan of reorganization (the "Plan) [Docket No. 207].

2. On August 28, 2020, the Court entered an *Order Setting Hearing on Subchapter V Plan Confirmation* [Docket. No. 226] (the "Scheduling Order").  Pursuant to the Scheduling Order, the deadline for submitting acceptances or rejections of the proposed Plan and to file and serve written objections to confirmation of the Plan is September 30, 2020.

3. The deadline for the Oxford Landlords to vote to accept or reject the Plan and to file and serve objections to the Plan was previously extended through and until October 22, 2020 pursuant to the *Stipulation and Agreed Order for Extension of Time to Vote and Object to Plan* [ECF No. 305] entered on October 15, 2020.

EAST\177106851.1

4.     The deadline for the Oxford Landlords to vote to accept or reject the Plan and to file and serve objections to the Plan is further extended through and including **October 27, 2020**.

We ask for this:

| | |
|---|---|
| SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A. | DLA PIPER LLP (US) |
| | |
| */s/ Michael J. Lichtenstein* | */s/ Richard M. Kremen* |
| Michael J. Lichtenstein (Bar No. 05604) | Richard M. Kremen (Fed Bar No. 00532) |
| 12505 Park Potomac Avenue, Sixth Floor | Virginia R. Callahan (Fed Bar No. 20227) |
| Potomac, Maryland 20854 | 6225 Smith Avenue |
| Telephone: (301) 230-5231 | Baltimore, MD 21209 |
| Fascimile: (301) 230-2891 | Telephone: 410-580-4328 |
| Email: mjl@shulmanrogers.com | Facsimile: 410-580-3011 |
| | Email: Richard.Kremen@dlapiper.com |
| | Email: Virginia.Callahan@dlapiper.com |
| *Attorney for Debtor* | |
| | *Attorneys for Square 452, LLC and Square 374, LLC* |

## CERTIFICATION OF CONSENT ORDER

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                               */s/  Richard M. Kremen*
                                                               Richard M. Kremen

Copies to:

Michael J. Lichtenstein
mjl@shulmanrogers.com

Lynn A. Kohen Lynn.
a.kohen@usdoj.gov

Monique D. Almy
malmytrustee@crowell.com; cbest@crowell.com; malmy@ecf.axosfs.com

Richard M. Kremen
richard.kremen@dlapiper.com

EAST\177106851.1

**END OF ORDER**

EAST\177106851.1