IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARKING MANAGEMENT, INC. | ) | Case No.  20-15026-TJC |
| | ) | Chapter 11 (Subchapter V) |
| Debtor | ) | |

**DECLARATION OF JOLENE WEE
IN SUPPORT OF PLAN CONFIRMATION**

I, Jolene Wee, hereby declare under penalty of perjury:

1. This Declaration is submitted in support of the Debtor's Amended Plan of Reorganization (the "Plan").

2. JW Infinity Consulting, LLC ("JWI") and I were retained as Financial Advisor to the Debtor.

3. I am the managing member and founder of JWI.

4. I hold a BS, Business Administration, and a BA, Mathematics from Berea College and a Master of Business Administration (MBA) from Miami University of Ohio.

5. I also hold a Certified Insolvency & Restructuring Advisor (CIRA) professional designation.

6. I am a trustee in the subchapter V Chapter 11 trustee pool in Regions 2 and 4.

7. All of the financial advisor work conducted in this Chapter 11 proceeding has been done by me or professionals working under my direct supervision.

8. I, with the assistance of professionals working under my direct supervision, prepared the liquidation analysis ("Liquidation Analysis") and cash flow projections ("Projections") attached to the Debtor's Plan.

9. As shown in the Liquidation Analysis, general unsecured creditors will receive more under the Debtor's Plan than they would in a Chapter 7 liquidation.

10. The Projections are based upon financial information that was provided to me by the Debtor and its employees as well as my own financial analysis.

11. The Projections for the Plan filed on August 28, 2020 had estimated the total amount of general unsecured claims of $12,208,001.

12. The Projections in the Plan filed on October 26, 2020 reflected estimated total general unsecured claims of $15,399,590. The amount of general unsecured claims primarily changed due to: (1) certain contracts to be rejected in the amended Plan which moved claims from cure payments to general unsecured claims; (2) a settlement with JBGS Management OP, L.P. which reduced its general unsecured claim to $800,000; and (3) a change in the PPP loan forgiveness estimate.

13. Based upon the Projections, the Debtor will be able to make all payments under the Plan which provides that creditors will receive in excess of the Debtor's projected disposable income, paid to the creditors over thirty six months.

14. While the Debtor's disposable income may fluctuate depending on the economy and other factors, the Plan provides that all disposable income will be distributed to creditors. The Projections estimate that over thirty six months, general unsecured creditors will receive distributions equal to 32 cents on the dollar and if the PPP loan is forgiven, such distributions may increase to 35 cents on the dollar under the Plan.

I declare under the penalty of perjury that the forgoing Declaration is true and correct.

_____
Jolene Wee

Dated: November 2, 2020