**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

**CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS (Amended 11-03-20)**

IN RE: PARKING MANAGEMENT, INC.                                                      BANKRUPTCY NO. 20-15026-TJC

| CREDITOR CLASS (#, Description) | MEMBERS OF CLASS CASTING BALLOTS | TOTAL $ VALUE OF CLAIMS VOTING | # ACCEPTING | % ACCEPTING | $ VALUE OF ACCEPTANCES | % OF VALUE ACCEPTING | # REJECTING | % REJECTING | $ VALUE OF REJECTIONS | % OF VALUE REJECTING | INDICATE IF CLASS IS UNIMPAIRED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsecured | 43 | $11,396,840.67 | 41 | 95% | $5,304,387.89 | 47% | 2 | 5% | $6,178,144.78 | 54% | Impaired |
| Equity | 10 | N/A | 10 | 100% | N/A | 100% | 0 | 0 | 0 | 0 | Unimpaired |